# EXHIBIT 5

Paul Castellano

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF ALABAMA
 2                    SOUTHERN DIVISION
 3                         - - -
 4   RICHARD WARREN McCUISTIAN as   :
     Administrator for the Estate   :
 5   of ANNE McCUISTIAN, Deceased   :
                                    :
 6             Plaintiff,           :
                                    :
 7             vs.                  : CASE NO. 1:15-cv-00279
                                    :
 8   LG ELECTRONICS U.S.A., INC.,   :
     BRK BRANDS, INC., SEARS        :
 9   ROEBUCK & CO., UNDERWRITERS    :
     LABORATORIES INC., PITTWAY     :
10   CORPORATION, and HONEYWELL     :
     INTERNATIONAL, INC.,           :
11             Defendants.          :
12                         - - -
13                 Monday, March 21, 2016
14                         - - -
15          Deposition of PAUL CASTELLANO held at GHD,
16   4019 E. Fowler Avenue, Tampa, Florida, on the above
17   date, beginning at 9:05 a.m., before Kimberly A.
18   Overwise, a Florida Professional Reporter, Certified
19   Realtime Reporter, and Notary Public.
20                         - - -
21
22            GOLKOW TECHNOLOGIES, INC.
          877.370.3377 ph | 917.591.5672 fax
23               deps@golkow.com
24
25
```

Paul Castellano

```
 1    APPEARANCES:
 2
          MORRIS, CARY, ANDREWS, TALMADGE & DRIGGERS, LLC
 3        BY:  JOSEPH A. MORRIS, ESQ.
          BY:  JOSEPH DAN TALMADGE JR., ESQ. (via telephone)
 4        3334 Ross Clark Circle
          P.O. Box 1649
 5        Dothan, AL  36303
          334-792-1420
 6        jamorris@mcatlaw.com
          Counsel for Plaintiff
 7
 8        CHRISTIAN & SMALL LLP
          BY:  JONATHAN M. HOOKS, ESQ.
 9        505 N. 20th Street, Suite 1800
          Birmingham, AL  35203
10        205-795-6588
          jmhooks@csattorneys.com
11        Counsel for Defendants LG Electronics U.S.A., Inc.
          and Sears Roebuck & Co.
12
13        THE KING LAW FIRM, PC
          BY:  ROBERT C. "CHRIS" KING, ESQ.
14        36 W. Claiborne Street
          Monroeville, AL  36460
15        251-575-3434
          rcking@frontiernet.net
16        Counsel for Defendant BRK Brands, Inc.
17
          CHAFFE McCALL, LLP
18        BY:  JOHN F. OLINDE, ESQ.
               (via telephone)
19        2300 Energy Centre
          1100 Poydras Street
20        New Orleans, LA  70163
          504-585-7000
21        olinde@chaffe.com
          Counsel for Defendant Underwriters Laboratories,
22        Inc.
23
24
25
```

Paul Castellano

```
 1   APPEARANCES:  (Continued)

 2

 3        STINSON LEONARD STREET LLP

          BY:  JEANNINE L. LEE, ESQ.

 4        150 S. Fifth Street, Suite 2300

          Minneapolis, MN  55402

 5        612-335-1500

          jeannine.lee@stinson.com

 6        Counsel for Defendant Honeywell International Inc.

 7

 8   ALSO PRESENT:

 9   David Smith

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Paul Castellano

```
 1   Deposition of:  PAUL CASTELLANO

 2

 3                      I N D E X

 4   Examination                              Page

 5   By Mr. Hooks                          6, 173

 6   By Mr. Olinde                            168

 7   By Ms. Lee                               169

 8   By Mr. King                              170

 9

10   Certificate of Oath                      181

     Deposition Certificate                   182

11   Errata Sheet                             183

12

13

14                  E X H I B I T S

15             (Retained by Mr. Hooks.)

16   Number            Description        Identified

17   1          Notice of Deposition             7

18   2          Curriculum vitae                10

19   3          Report                          51

20   4          Handdrawn diagram               74

21   5          Handwritten notes               81

22   6          Photograph                      89

23   7          Photograph                     108

24   8          Photograph                     108

25   9          Photograph                     109
```

Paul Castellano

| 1 | 10 | Photograph | 148 |
| 2 | 11 | Photograph | 149 |
| 3 | 12 | Photograph | 156 |
| 4 | 13 | Handwritten notes | 164 |
| 5 | 14 | Handwritten notes | 165 |
| 6 | 15 | Article entitled "The Pilot Light | 176 |
|   |    | Falsehood" |  |
| 7 |    |  |  |
|   | 16 | Paul Castellano's file | 179 |

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Paul Castellano

```
 1                  ...PAUL CASTELLANO, after having been duly

 2     sworn, was examined and testified as follows:

 3                  THE WITNESS:  I do.

 4                         DIRECT EXAMINATION

 5        BY MR. HOOKS:

 6        Q    Good morning, Mr. Castellano.

 7        A    Good morning.

 8        Q    My name is Jonathan Hooks.  I represent LG

 9     Electronics USA, Inc., and Sears, Roebuck & Company in

10     this case.  You've been designated as an expert witness;

11     correct?

12        A    Yes.

13        Q    You've already given your name to the court

14     reporter, but for the record?

15        A    Paul Castellano.

16        Q    Okay.  And what is your address?

17        A    My home address?

18        Q    Sure.

19        A    3912 Ridge Avenue, Tampa, Florida 33603.

20        Q    And your work address here?

21        A    My work address here is 4019 East Fowler

22     Avenue, Tampa, Florida 33617.

23        Q    Okay.  And you're employed by?

24        A    GHD.

25        Q    Did you bring your file this morning?
```

```
 1        A    I did.

 2        Q    Okay.  May I see it, please?

 3        A    Sure.

 4        Q    Thank you.

 5             While I'm looking through this, is this

 6   everything that you have paper-wise on this case?

 7        A    Yes.

 8             (Exhibit No. 1 was marked for identification.)

 9   BY MR. HOOKS:

10        Q    Mr. Castellano, real quick -- there's no

11   stapler; I don't see one anyway -- I'm just going to

12   hand this to you.  I'm showing you what I have marked,

13   at least the first page of it, as Exhibit 1 to your

14   deposition.  And this is your Notice of Deposition.  Do

15   you recall receiving that?  Correct?

16        A    Yes.

17        Q    Before we dive any further, a few opening

18   questions to give me a sense of the lay of the land

19   here.

20        A    Sure.

21        Q    So what are your opinions in this matter?

22        A    My opinion is that there was a defect in the

23   refrigerator.  The area of origin, as designated by our

24   fire investigator, was the southwest corner of the

25   kitchen.  The refrigerator had a competent ignition
```

Paul Castellano

```
 1   source that was a result of a defect internal to the

 2   refrigerator.

 3        Q    Okay.  So your opinion is that there was a

 4   defect in the refrigerator; that's right?

 5        A    Yes.

 6        Q    You said that the point of origin was in the

 7   southwest corner.  Is that your opinion or are you

 8   relying on the opinion --

 9        A    I'm relying on the opinion of my -- of our

10   fire investigator, origin and cause investigator, that

11   the origin of the fire was the southwest corner of the

12   kitchen.

13        Q    Okay.  And when you say that there was a

14   competent ignition source --

15        A    That's right.

16        Q    -- is that your opinion or is that the opinion

17   of Mr. Ashcraft?

18        A    That's my opinion.

19        Q    So are those all of your opinions?

20        A    Yes.

21        Q    So of those opinions, two of them are yours

22   and one is Mr. Ashcraft's; correct?

23        A    That's correct.

24        Q    Do any of your opinions have any connection or

25   relation to burn pattern analysis?
```

Paul Castellano

```
 1     A     No.

 2     Q     Are you qualified to offer an opinion on what

 3  fuel first ignited?

 4     A     Yes.

 5     Q     Do you plan to offer an opinion as to what's

 6  typically ignited first?

 7     A     Based on -- yes, I do.  I do.  I'm sorry.

 8     Q     And we'll get to that in a moment.

 9           Did you ever tell Ken Ashcraft what you

10  believe was the specific failure in this case?

11     A     Yes.

12     Q     With that just out of the way, just to get me

13  some lay of the land here, so I've provided you with

14  your deposition notice and you brought the materials

15  that I've requested by your notice.  Now, back in August

16  of 2010, last year, plaintiff's counsel submitted expert

17  disclosures that included your report as an electrical

18  summary and they included your CV; is that correct?

19     A     August of 2010?

20     Q     I'm sorry.  2015.  Excuse me.

21     A     Okay.

22     Q     Is that correct?

23     A     That's correct, yes.

24     Q     And this which I am marking as Defendant's

25  Exhibit 2 is your CV; correct?
```

Paul Castellano

```
 1      A     Correct.

 2            (Exhibit No. 2 was marked for identification.)

 3      BY MR. HOOKS:

 4      Q     All right.  Now, that looks like what I

 5   received as of August of 2015.  Is that still up to date

 6   and accurate in every way?

 7      A     Yes.

 8      Q     So nothing has changed from that?

 9      A     Yes, because it makes some -- yes, everything

10   is still accurate.

11      Q     All right.  If I could borrow that for just a

12   minute, I'm going to work off the assumption you're more

13   familiar with your CV than I am.

14      A     Sure.

15      Q     Mr. Castellano, have you ever been deposed

16   before?

17      A     I have not.

18      Q     So this is your first deposition --

19      A     Correct.

20      Q     -- in any context?

21      A     That's correct.

22      Q     Have you ever testified by deposition in even

23   a civil suit where you were a party or where you were a

24   witness?

25      A     No.
```

Paul Castellano

```
1        Q    Well, in that case, real quick let me give you
2   the brief rundown.  And I'm sure your lawyer's already
3   given you some rundown, but this is not an endurance
4   test.  I'm not here to try to make you sweat out hours
5   and hours and hours of questions.
6        A    Right.
7        Q    You're welcome to take breaks as needed.  I
8   probably will want to finish the line of questioning I'm
9   on, but if at any point you feel like you need a break,
10  you're welcome to interrupt me and just say, look, I
11  need to stop for any reason and we'll at least try to
12  wrap up the next question or two probably.
13           If I ask you a question, I'm going to assume
14  that you understand the question.  So if you give me an
15  answer, then I'm going to assume you understand.  If you
16  don't understand, you're welcome to ask me.  I'm glad to
17  clarify it.  Again, we're not trying to play tricks
18  here.
19           The last thing that typically is a problem,
20  and I'm bad at it too, is if you intend to say yes or no
21  or indicate in the affirmative or the negative, you need
22  to try to say it rather than nodding heads, shaking
23  heads.
24       A    Gotcha.
25       Q    I do it too.  I'll try to interpret that as I
```

1   see it and remind you, but if I fail, let's just try to

2   do your best to do that.

3        A    Okay.

4        Q    By any chance, are you on any kind of

5   medications or suffering from any kind of condition that

6   would interfere with you providing truthful testimony?

7        A    No.

8        Q    So you work for GHD?

9        A    Correct.

10       Q    Your job title is?

11       A    Electrical forensic engineer.

12       Q    And how long have you been doing that for GHD?

13       A    Well, GHD has gone through some transitions so

14  with GHD it's only been since, I believe, July of 2015

15  because we were CRA.  There was a merger.  And before we

16  were CRA we were HSA Engineers & Scientists.  So it's

17  all been the same company with three different names.

18  And it's been -- to answer your question, it's been

19  about three and a half years.

20       Q    So something in 2012?

21       A    Yes.

22       Q    About what time?

23       A    September of 2012 is when I started.

24       Q    And looking at your CV, I see that the job

25  before that was DCC --

Paul Castellano

```
 1      A    Yes.

 2      Q    -- in Largo, Florida.

 3      A    Right.

 4      Q    What exactly was that?

 5      A    Digital Control Corporation in Largo, Florida,

 6   was a company that manufactures lift station control

 7   panels.  And I played a role in the design of those

 8   panels and the maintenance, maintaining the panels.

 9      Q    And you were there in 2012?

10      A    Yeah.

11      Q    How long in 2012?  It looks like it was less

12   than a year.

13      A    It was just a contract.  It was only for a few

14   months.  I think it was maybe around February till

15   around September of 2012.

16      Q    And previous to that you were at MRID

17   Solutions in Tampa?

18      A    That's correct.

19      Q    And that was what?

20      A    They were a company that developed technology

21   for RFID chips and applications and they also did

22   development of different types of media servers.  And so

23   I was the engineering manager at MRID Solutions.

24      Q    I'm sorry.  The what?

25      A    The engineering manager.
```

Paul Castellano

1   Q   This is the most cryptic one:  business

2   owner/operator.  What was that?

3   A   Yeah.  I took a brief kind of escape from

4   engineering for a few years.  My family owned a business

5   here in Tampa and so I spent a few years running the

6   business and that's -- so that's what that is.

7   Q   What kind of business was it?

8   A   It was a gourmet food store.

9   Q   And that was from 2002 to 2009?

10   A   That's right.

11   Q   Going back just a little further, 1999 to 2002

12   I see WSS Limited?

13   A   Yes, Western Solid State Limited.  They're a

14   company that manufactured control systems for emergency

15   vehicles.  So I played a role in the design and

16   manufacture of those components.

17   Q   All right.  Paradyne Corporation two years

18   before that?

19   A   Right.  They're a communications company that

20   manufactured T1 equipment, DSL equipment, various types

21   of communication equipment that I played a role in

22   manufacturing and support -- test support as well.

23   Q   Okay.  And then the last two, Motorola?

24   A   Motorola, a cell phone manufacturer, worked

25   there for a while in the digital design portion of cell

Paul Castellano

```
 1    phones.

 2         Q    Okay.  And then Solid State Systems, '94 to

 3    '95?

 4         A    Yes.  They were -- part of that company, WSS,

 5    they -- that's where I started in the emergency vehicle

 6    industry.

 7         Q    Okay.  But that one was in an engineering

 8    capacity, though?

 9         A    Yes, absolutely.

10         Q    And previous to that you had graduated?

11         A    That's correct.  1994 graduate --

12         Q    And your degrees are from what colleges?

13         A    The University of Florida I have a master's

14    degree from 1994.  University of Florida I have a

15    bachelor's degree in 1992.

16              (Discussion off the record.)

17              MR. HOOKS:  Back on record.

18         BY MR. HOOKS:

19         Q    So, Mr. Castellano, where we were, you were

20    talking about how you're what they would call a double

21    Gator; right?

22         A    That's correct.

23         Q    A bachelor in engineering and a master of

24    engineering from Florida both --

25         A    That's correct.
```

Paul Castellano

```
 1       Q    -- in 1992 and then 1994?

 2       A    Right.

 3       Q    Your CV says that you participated in over a

 4  hundred electrical forensic investigations?

 5       A    That's correct.

 6       Q    All right.  So, now, none of those have turned

 7  into lawsuits that have reached the deposition stage;

 8  correct?

 9       A    That's correct.

10       Q    Had you performed any electrical forensic

11  investigations before you started with GHD in 2012?

12       A    I have not.

13       Q    In the course work that you took in

14  engineering school, did you take any classes or get any

15  instruction in how you would determine, you know,

16  electrical arcing to be a cause of a fire?

17       A    Not in -- not at the University of Florida,

18  no.

19       Q    Do you consider any types of treatises or

20  standards or guidelines, reference books, anything like

21  that that would be authoritative with respect to fire

22  causation, electrical fire causation?

23       A    Yeah.  I do look to the NFPA 921 chapter on

24  electrical --

25       Q    Okay.
```

Paul Castellano

```
1      A    -- as the primary guide for what you're

2  talking about.

3      Q    And what training have you received in

4  electrical forensic investigation?

5      A    Well, when I started at when it was HSA at the

6  time, I spent several months with our electrical

7  engineer at the time and went through and performed

8  forensic investigations with him as a guide and so there

9  was several months of that training.  And then I was --

10 started, you know, doing my own investigations after

11 that.

12     Q    And when you say your electrical engineer, who

13 was that person, first of all?

14     A    Chad Huff.

15     Q    Is he still at GHD?

16     A    No, he's not.

17     Q    So were you replacing him by any chance?

18     A    Well, I did replace him.  He was -- we were

19 going to have two electrical engineers at the time, but

20 then he decided to move on after a few months.

21     Q    So I think you said a number of months, so how

22 many months did you --

23     A    It was September till -- I believe he was here

24 until January, so about four months.

25     Q    And in that time period, the number that you
```

Paul Castellano

1    worked on with Chad, does that count in this hundred?

2        A    Not necessarily, no.  It's -- I would say no.

3        Q    So there have been --

4        A    There's been over a hundred besides the ones

5    with Chad.

6        Q    And typically what kinds of investigations are

7    those?

8        A    Well, everything from fire investigations to

9    lightning strike investigations, water loss,

10   electrocution, electric shock, product defect-type

11   investigations of appliances.  So that's a good portion

12   of them.

13       Q    How many of them have been fire causation

14   issues?

15       A    Fire causation?  Maybe 40, 50.

16       Q    And how many of those related to appliances?

17       A    Maybe 30.

18       Q    Now, your CV has a section that says

19   "Connected," which is referencing your professional

20   affiliations.

21       A    Right.

22       Q    I see that you're a registered professional

23   engineer in Alabama?

24       A    Correct.

25       Q    And when did you obtain your certification?

Paul Castellano

1       A    Yeah.  Well, I -- my PE -- my Florida PE I got

2    in 2010.  And Alabama, I believe it was 2014.  I'd have

3    to check to be sure but I believe it was 2014.

4       Q    Why did you register in Alabama?

5       A    Because we have a fire investigator that does

6    investigate fires in Alabama and we were going to need

7    electrical support for him and so the company had asked

8    me to get my registration in Alabama.

9       Q    And is that Mr. Ashcraft that does the

10   investigations in Alabama?

11      A    Yes.

12      Q    And so now --

13      A    I'm sorry.  We do have more than one

14   investigator in Alabama, but Mr. Ashcraft is the primary

15   investigator.

16      Q    Did you have to take an exam for Alabama or

17   did you come in through a reciprocity-type agreement?

18      A    Reciprocity.

19      Q    And did you use Florida --

20      A    Yes.

21      Q    -- as your main degree?

22      A    Yes.

23      Q    Or I should say certification?

24      A    Yes.

25      Q    Did you use Florida to reciprocity into

Paul Castellano

```
 1   Georgia and South Carolina and Tennessee as well?

 2        A    I did.

 3        Q    And are those recent as well?

 4        A    They were all about the same time.  So, yes,

 5   they were recent.

 6        Q    Other than what's described on your CV, are

 7   there any other certifications you have received?

 8        A    No.  Everything is described on my CV.

 9        Q    Are you in the process of seeking any new or

10   additional certifications?

11        A    Not at the moment, no.

12        Q    Now, you are a member of the National

13   Association of Fire Investigators?

14        A    Yes.

15        Q    How do you become a member of that?

16        A    I believe I just had to sign up.  It was a

17   simple process.

18        Q    You didn't have to take a test or anything?

19        A    No.

20        Q    Florida Advisory Committee on Arson

21   Prevention --

22        A    Yes.

23        Q    -- how do you become a member of that group?

24        A    You just have to sign up.

25        Q    No test for that?
```

Paul Castellano

```
1        A     No, no.

2        Q     And is that one of those corporate membership

3   things where they sponsor you to come in or something or

4   your company?

5        A     No, it wasn't a corporate sponsorship.  I

6   decided to join because I wanted it to be part of my

7   curriculum of what -- you know, my professional

8   curriculum.

9        Q     Are you certified as a fire investigator?

10       A     I'm not a certified fire investigator, no.

11       Q     Your CV has a section that describes

12   electrical fire causation investigations.

13       A     Uh-huh.

14       Q     And it says that during examinations

15   Mr. Castellano -- dot, dot, dot -- performs testing and

16   data analysis necessary to provide an opinion on fire

17   causation.

18       A     Right.

19       Q     Do you actually offer opinions on fire

20   causation?

21       A     Yes.

22       Q     Okay.  What qualifies you to do that?

23       A     The history that I have of investigating

24   fires, attending fire investigations, being part of the

25   investigation, the research through all of the
```

Paul Castellano

1    information that's in NFPA 921, my electrical

2    background, my education, and my experience.

3        Q    Have you ever testified in any deposition or

4    in court relating to electrical arcing?

5        A    I have not.

6        Q    I never asked if you've testified in court as

7    to anything.  Have you ever testified in court?

8        A    I've never testified in court.

9        Q    Okay.  In any suit or any case you've been in,

10   have you been to the point of being qualified or

11   disqualified?

12       A    No.

13       Q    So you've never been qualified as an

14   electrical causation expert?

15       A    No.

16       Q    Is there anything else in your background I

17   haven't asked about that qualifies you to perform a fire

18   investigation?

19       A    I'm sorry.  Ask that question again.

20       Q    Is there anything else in your background that

21   I haven't asked you about which you feel qualifies you

22   to perform a fire investigation?

23       A    Nothing else in my background, no, that we

24   haven't already talked about.

25       Q    Have you ever dealt with a refrigerator fire

Paul Castellano

```
 1   before?

 2        A    Yes.

 3        Q    About how many times?

 4        A    There was one other refrigerator fire that

 5   I've dealt with.

 6        Q    What year was that?

 7        A    It was in -- it was right around 2013, I

 8   believe.

 9        Q    And where was that case?

10        A    It was in Florida.

11        Q    Was it a lawsuit?

12        A    It was -- I don't remember if it ever got to

13   the point where it was filed as a lawsuit.  It was

14   moving in that direction, but it did not -- you know, I

15   did not have to get deposed on it.

16        Q    What was your opinion in that case?

17        A    My opinion was that an open neutral situation

18   caused the fan motor of the refrigerator to arc and

19   short circuit and start a fire.

20        Q    Have you ever taken any classes on fire

21   investigation?

22        A    I have taken the CFITrainer.net, I've taken

23   some classes on there.

24        Q    Would these be online?

25        A    It's an online course.
```

Paul Castellano

1       Q     And is that in the context of trying to get a

2   certification or is that simply trying to learn more?

3       A     It's just learning more.

4       Q     You said classes.  How many classes did you

5   take?

6       A     I want to say I took two classes on there.

7       Q     And do you recall what they were?

8       A     One of them was related to electrical

9   causation and one of them was a generic class on fire

10  investigations.

11      Q     What did the generic class cover?

12      A     It kind of was a blanket over, you know, how

13  to conduct a fire investigation, what the fire

14  investigator does, how he handles a fire investigation.

15  It wasn't anything very specific.

16      Q     And as a result of taking any of those

17  classes, was there any like certificates or, you know --

18      A     I probably did get a certificate.  I don't

19  know that I kept it.  It was just for my benefit.  It

20  wasn't something that I was doing to try to obtain some

21  overall certificate.

22      Q     Okay.  So we've discussed your history with

23  refrigerator fires.  We have one prior of those.

24  Generally with electrical fires I think I asked you a

25  few minutes ago and you said 30 or 40, right,

Paul Castellano

```
1   approximately?

2       A    Yeah, I said 30 or 40 or so, yeah.

3       Q    Have you ever dealt with or investigated any

4   cooking fires?

5       A    I have.

6       Q    How many?

7       A    Maybe six or seven.

8       Q    Now, was that in the course of -- I'm trying

9   to think how to ask this question.  Were you asked to

10  perform a fire investigation and it happens to be a

11  cooking fire?

12      A    No.

13      Q    What was the context?

14      A    Typically what happens is our fire

15  investigator will go to the scene and they'll make some

16  general assessment.  And then if there is electrical

17  involved at all as a result of what they think may be a

18  cooking fire or anything else for that matter, then I

19  will go to the scene and look at the electrical to see

20  if there's a possibility that the electrical was a

21  cause, was a potential cause.

22      Q    And let's go back to the refrigerator fires.

23  Was that one that you investigated on your own --

24      A    No.

25      Q    -- or did you have someone working with you?
```

Paul Castellano

 1      A     As a matter of fact, Ken Ashcraft was the fire

 2   investigator on that one.

 3      Q     More generally in the electrical fires, are

 4   those cases, the 40 or so number -- and I'm not holding

 5   you to a specific number --

 6      A     Right.

 7      Q     -- are those generally ones that you've

 8   handled on your own or were you working with another

 9   investigator of some type on those?

10      A     Well, generally they've been just as I

11   described, we have an investigator that goes out to the

12   scene and then I come onto the scene, if there's any

13   electrical involved, either to rule out electrical, to

14   potentially look at some of the electrical for -- to be,

15   you know, a possible cause for the fire.

16      Q     Same story with cooking fires; right?

17      A     That's correct.

18      Q     So let's talk for just a little while about

19   your involvement in this lawsuit.

20      A     Okay.

21      Q     So when were you first brought into this case?

22      A     Well, the scene investigation I believe was in

23   January of 2014 so it was just prior to the scene

24   investigation.

25      Q     My memory seems to be that it was the last few

1   days of January --

2        A    Correct.

3        Q    -- that we did that scene investigation.

4        A    Correct.

5        Q    So it would have been during January of

6   2014 --

7        A    That's right.

8        Q    -- that you were contacted?

9        A    That's right.

10       Q    Who contacted you?

11       A    Ken Ashcraft.

12       Q    What was the scope of the assignment that he

13  gave you?

14       A    The scope was that we have a fire, it was a

15  fatal fire, and that there's electrical involved and

16  that he needs me to go to the scene to help him with the

17  fire investigation.

18       Q    And did he tell you why electrical was

19  involved?

20       A    He didn't at the time, no.

21       Q    Did you have any other basis to understand

22  that at that time?

23       A    Not at that moment.  At that time it was just

24  we need you at the scene.

25       Q    Before you arrived at the scene, did you know

Paul Castellano

```
1    what he might have meant?

2         A    Well, by the time I got to the scene, the --

3    some of the artifacts had already been removed from the

4    scene.

5         Q    Correct.  Okay.

6         A    And so those were artifacts that were

7    potential -- potentially could have been the cause and

8    there were other items on the scene that we needed to

9    look at to make sure that, you know -- or actually it

10   was mainly to obtain the evidence so that we could look

11   at it later, but anything that may have been in his area

12   of origin.  And basically it was a room of origin in

13   this case.  He later narrowed it down to an area.  But

14   it was a room of origin where we needed to look at

15   possible ignition sources.

16        Q    How often have you worked with Ken Ashcraft on

17   fire cause and origin cases?

18        A    Pretty often.  I mean, I don't know how to

19   quantify that.  I would say very often.

20        Q    Well, out of the hundred or so cases that

21   you've worked --

22        A    Yeah.

23        Q    -- give me a rough percentage.

24        A    Of fire cases, I'd say at least 60 percent of

25   the fire cases are with Ken Ashcraft.
```

Paul Castellano

```
 1        Q    Okay.  And I sense some qualification that I

 2   could make here when you emphasize the fact that these

 3   are fire cases.  Is there some other type of case that

 4   you work with Ken Ashcraft on?

 5        A    No.  What I'm saying is there are fire cases

 6   that I work on and nonfire cases.  Of the fire cases,

 7   60 percent of those is with Ken Ashcraft roughly.

 8        Q    So presumably of the nonfire cases, Ken

 9   wouldn't be involved?

10        A    No, he doesn't get involved in those at all.

11        Q    Have you ever disagreed with Ken Ashcraft's

12   opinions on cause and origin?

13        A    Not on -- on cause and origin, no, because I'm

14   not qualified to talk about the scope of cause and

15   origin, which means, you know, narrowing down an area of

16   origin in my opinion.

17        Q    Did Ken tell you at least the area of origin

18   before you got to the scene?

19        A    Yeah.  He had thought about where he thought

20   the area of origin was when he got to the scene.

21        Q    Maybe you never disagreed with him.  Have your

22   findings electrically ever conflicted with Ken's

23   findings in terms of cause and origin?

24        A    I can't think of a situation where my findings

25   did conflict to be honest with you, no.
```

Paul Castellano

```
 1      Q    And besides the fact that it was a fatal fire,
 2  what all did Ken tell you about the fire prior to going
 3  to the scene?
 4      A    Well, he discussed -- before I got to the
 5  scene, he discussed that it was in the kitchen and that
 6  it was a fatal fire and that there were multiple
 7  appliances obviously in the kitchen that at the time
 8  could be -- needed to be looked at as potential ignition
 9  sources.  That was really the extent of it.
10      Q    So at the start did you have any documents or
11  anything that you had to review before you went?
12      A    I think I may have had a floor plan before --
13  before I went, but other than that, I did not have
14  anything.
15      Q    And what kind of prep did you do before you
16  went to the scene?
17      A    Before I went to the scene, I knew very little
18  other than we were going to look at the kitchen, so I
19  didn't do any prep.
20      Q    Okay.  And your first visit to the scene was
21  on January 28, 2014?
22      A    That's correct, the 28th.
23      Q    And was the fridge present on the scene at the
24  time?
25      A    No.
```

Paul Castellano

1     Q     Do you remember what kitchen appliances were

2   present at the time?

3     A     Yeah.  There was a dishwasher.  There was a

4   range.  There was a microwave.  I believe those are the

5   only appliances that were present.

6     Q     And they were there that day?

7     A     Yes.

8     Q     When did you first have an opportunity to

9   really look at the fridge?

10    A     I did not have an opportunity to look at the

11  fridge until the lab exam.

12    Q     Okay.  And that's in March of 2014?

13    A     That's right.

14    Q     And so when you were at the site, what all did

15  you do that day?

16    A     Well, there was -- besides the appliances,

17  there were also obviously branch circuits that ran into

18  the kitchen.  So I wanted to collect those because

19  they're potential ignition sources.  I spent a lot of

20  time collecting those branch circuits because they were

21  hard to get to and it was, you know, a fire scene.  So

22  that was -- and documented the scene in terms of where

23  those circuits came from and also documented the --

24  where the appliances were and how they were connected

25  and any other potential ignition sources that were at

Paul Castellano

```
 1   the scene.

 2       Q    And I know this is going to be a squirrely

 3   question, but to the extent you can answer it, while you

 4   were on the scene, did you do any kind of analysis of

 5   the scene based on what you were seeing there, what you

 6   were looking at, what you were retrieving?

 7       A    No.  My focus was to -- was electrical.  You

 8   know, I'm looking at -- I'm trying to make sure that I

 9   have everything I need from an electrical standpoint to

10   get to the next step, which is the lab exam.

11       Q    Did anything that you saw at the site impact

12   your ultimate conclusions or opinions in this case?

13       A    No.

14       Q    And so after work was complete at the site,

15   what was the next opportunity that you took any steps in

16   investigating this case?

17       A    After the work was completed at the site,

18   well, the next few days I always go over my notes and

19   make sure that I've got things correct in my notes the

20   way I saw them and I documented them properly.  And I

21   reviewed my photos.  I always do that.  And then I

22   didn't do anything until -- well, let me take that back.

23   I did -- at that point is when I did receive the service

24   manual for the refrigerator, and I looked at the service

25   manual and that was pretty much it.
```

Paul Castellano

```
 1        Q     All right.  And who provided you the service

 2   manual?

 3        A     I believe it was Mr. Ashcraft because I didn't

 4   know what the model number was.  And he had tried to

 5   determine what the model number was and sent me the

 6   service manual for the refrigerator.

 7        Q     And do you remember what that model number

 8   was?

 9        A     Well, not off the top of my head, but I do

10   have it written down.  It's -- I know it's an LG

11   refrigerator and it's a certain model number.  And then

12   there was some debate as to what the model number was

13   later.  I know that.  And then we were able to identify

14   the actual model number, which turned out to be very

15   similar to the one that we initially thought it was.

16        Q     Okay.  So when you were preparing for the lab

17   exam --

18        A     Uh-huh.

19        Q     -- you received a service manual of a

20   refrigerator that was not the exact model that you were

21   looking at but was similar?

22        A     That's correct.

23        Q     Is that what I'm hearing?

24        A     That's correct.

25        Q     So whatever the model number was that you
```

Paul Castellano

```
 1   received at first, it wasn't accurate as to the specific

 2   model?

 3        A    Well, the model number was -- it was a

 4   different model number so, you know, there were -- after

 5   looking at both of them, there were parts of the

 6   refrigerator that were identical in those two model

 7   numbers.

 8        Q    It wasn't specifically the one but it was

 9   similar --

10        A    Yes.

11        Q    -- in many respects, both physical and

12   electrical?

13        A    Yes.

14        Q    And then at what point did you get the proper

15   service manual for the fridge?

16        A    Not until around September of 2015.

17        Q    Which would be after the time that your report

18   was submitted?

19        A    That's correct.

20        Q    And have you reviewed the new service manual

21   in light of the new model number?

22        A    Yes.

23        Q    And have you compared it against your findings

24   and conclusions?

25        A    I have.
```

Paul Castellano

1     Q     Is there any change whatsoever that needs to

2  be made in light of the new service manual and new model

3  number?

4     A     No, not in light of the new service manual,

5  no.

6     Q     Other than your opinions, are there any other

7  changes that would need to be made in your analysis or

8  opinions or conclusions based on that change?

9     A     Change to what?

10    Q     To the model number.

11    A     You're asking if there are any changes to my

12  opinions based on the fact that it's a different model

13  number?

14    Q     Right.

15    A     No.

16    Q     All right.  So the next thing that we did then

17  was the lab exam; right?

18    A     Correct.

19    Q     And by that time you reviewed the manual;

20  that's all you've done.  And I think you said that you

21  reviewed it in preparation as well as your photos.  Was

22  there any other prep you did before you attended the lab

23  exam?

24    A     Before I attended the lab exam, I still didn't

25  have any identification of any of the other appliances

Paul Castellano

1    so, no, there was no other prep that I did.

2        Q    At the lab exam -- and I know we'll get into

3    details of this in a few minutes, but the same squirrely

4    question as earlier.  Were you doing any analysis of the

5    case at the time that you were involved in that lab

6    exam?

7        A    You mean during the lab exam?

8        Q    Yes.

9        A    Well, I mean, the lab exam is an analysis of

10   the case.

11       Q    Right.  I figured.  I just wanted to ask the

12   question.  And ultimately your conclusions were derived

13   from what you saw at the lab exam; correct?

14       A    Yes, ultimately.

15       Q    There was a subsequent lab exam held in

16   Birmingham at a company called Vista Engineering in

17   July 2014.  Did you attend that?

18       A    I did not attend that.

19       Q    Did you obtain any information from that exam?

20       A    I did obtain some information from that exam.

21       Q    What did you receive?

22       A    I obtained some SEM photos and material data

23   analysis.

24       Q    And who provided those to you?

25       A    Ken Ashcraft.

1      Q    Again, we'll get to the details, but did that

2  in any way impact your opinions or conclusions in this

3  case?

4      A    No.

5      Q    So apart from your visits to the site, your

6  attendance at the lab exam, your review of lab exam

7  evidence --

8      A    Uh-huh.

9      Q    -- what other work have you done to prepare

10  your electrical summary?

11      A    Well, the summary is based on everything you

12  just mentioned, so that coupled with, you know, review

13  of information, you know, obviously from the 921 and

14  making sure that what I'm saying corresponds to accepted

15  theories of electrical causation.

16      Q    Does your report in any way depend upon

17  evidence from any witnesses to the case, such as

18  eyewitnesses or --

19      A    No, it doesn't.  It does not.

20      Q    -- the homeowner or anything?

21      A    No.

22      Q    And we've got your file here.  Is this the sum

23  total of all the documents you've reviewed?

24      A    That's everything written -- I mean, I'm

25  sorry, hard copy.  So I've got obviously photos and soft

Paul Castellano

```
 1    copy documents on my computer.

 2         Q    Where are your photos?  They're not provided

 3    today?

 4         A    They're on my computer.

 5         Q    Okay.

 6         A    I mean, I could --

 7         Q    Did you speak with Mr. Morris about a letter I

 8    had sent to him?

 9         A    A letter?

10         Q    Correct.  A request I had made prior to this

11    deposition several weeks ago to have hard copy photos of

12    anything you're relying on.

13         A    Everything I got was right here.  I didn't see

14    a letter.

15              MR. MORRIS:  And, Jonathan, if we did not send

16         it, it's my bad.  You're welcome to look at those

17         and we'll give you whatever you want.

18              MR. HOOKS:  Yeah, but the point was to save us

19         as much time trying to print off and trying to

20         figure out and trying to come up with a bunch of

21         pictures.

22              MR. MORRIS:  The photos, those were his

23         specific photos you're talking about, right, that

24         he --

25              MR. HOOKS:  Right.
```

Paul Castellano

```
 1              MR. MORRIS:  What do you have --

 2              THE WITNESS:  Well, there's a thousand photos

 3         in there.

 4              MR. MORRIS:  Of yours, not stuff that we've

 5         sent you?

 6              THE WITNESS:  I'm talking about my photos.  Is

 7         that what you're referring to?

 8              MR. HOOKS:  Yeah.

 9              THE WITNESS:  I'm talking about scene photos,

10         lab photos.  That's pretty much it.

11         BY MR. HOOKS:

12         Q    Did you come prepared to discuss those photos

13    today?

14         A    I'm here to answer any questions that you have

15    about the case.

16         Q    What else have you got on your computer

17    besides those photos?

18         A    I have the various manuals, service manuals.

19         Q    Okay.

20         A    And, I mean, there's -- so I have all the data

21    from Vista, all the photos and the material data from

22    the Vista lab exam, service manuals, lab photos.  I have

23    the x-rays that were taken when we x-rayed the door

24    switch for the LG refrigerator.  I've got -- I mean, do

25    you want me to go through and list everything that I've
```

Paul Castellano

1   got here or how do you want to do this?

2        Q    Yeah.

3        A    Okay.  I've got a document -- it's not a

4   document -- a complaint.  As part of my research --

5        Q    Now, I've asked you for -- I mean, I have your

6   file here.

7        A    Yeah.

8        Q    But there's no photos.  What I'm asking is, at

9   least in terms of categories -- I don't need what's

10  here, I just need to know besides what's here -- what

11  have you got in soft copy on your computer that hasn't

12  been provided to me today?

13       A    I've got a document that is a former complaint

14  of an LG refrigerator that talks about a defect in a

15  previous case.

16       Q    Okay.  I'm going to have to start making a

17  list because --

18            MR. HOOKS:  Joey, this is why I sent you that

19       letter.

20            MR. MORRIS:  Yeah.  And I apologize.  I did

21       call you, though, to talk to you.

22            MR. HOOKS:  Yeah.  And I called you back the

23       same day, within the hour.

24       BY MR. HOOKS:

25       Q    Okay.  A complaint about an LG fridge?

Paul Castellano

```
 1      A     Uh-huh.

 2      Q     All right.  Next?

 3      A     Let's see here.  I've got a photo of another

 4   refrigerator that has fire damage.

 5      Q     Okay.

 6      A     A photo of a control board for a refrigerator.

 7      Q     A refrigerator?

 8      A     Yeah.  It's just one that was pulled off a

 9   line.  I'm looking at an exemplar control board.

10      Q     Okay.  All right.

11      A     I've got -- this is another -- let's see.

12   This is a document from the United States District Court

13   of New Jersey with regards to a lawsuit that was filed

14   against LG for a refrigerator.

15      Q     Okay.

16      A     I've got a photo of a door switch that was

17   pulled off of the Internet.  I've got a photo of another

18   control board that was pulled off the Internet.

19      Q     Okay.

20      A     I've got a schematic for a range control.

21   I've got a document that was published regarding a pilot

22   light on a range.

23      Q     You know this doesn't have a pilot light, does

24   it, on the range?

25      A     I'm sorry?
```

Paul Castellano

1    Q    It's a pilot light what?

2    A    It's a document -- it's just a document that

3    was written by another expert that talks about pilot

4    lights on a range.

5    Q    Okay.  Now, you know this was a glass cooktop

6    range; right?

7    A    Yeah.

8    Q    You mean like an internal pilot light?

9    A    Yeah.

10    Q    Okay.  Okay.

11    A    And then there's also a -- that's not a

12    document.  Okay.

13         Then there's a Whirlpool use and care guide.

14    Q    Whirlpool what?

15    A    It's a Whirlpool range use and care guide.

16    I've got a spec sheet for a bus plug fuse, Bussmann --

17    I'm sorry -- Bussmann plug fuse.  I've got my CV here.

18    I've got a photograph of an ice maker pulled off the

19    Internet.  I've got a diagram of the internal components

20    of the refrigerator pulled off of the Internet, another

21    diagram of the internal components of the refrigerator

22    pulled off the Internet.  I've got a photograph of a

23    wire harness.

24    Q    Okay.

25    A    And I have a document regarding -- that was

Paul Castellano

```
 1   pulled off the Internet that is somewhat of a forum that
 2   talks about complaints, consumer complaints, and reviews
 3   and the topic is LG refrigerators.  I have just a
 4   document that -- potential depo dates from last August
 5   that didn't occur.  I've got my document that I wrote,
 6   the expert disclosure that I wrote.  I've got another
 7   service manual; the water filter tank case for the
 8   refrigerator; another service manual; another service
 9   manual; another service manual; the exam protocol for
10   the Vista Engineering -- oh, no.  I'm sorry.  This is a
11   McCuistian alarm exam protocol.  I have several -- four
12   more service manuals.  And then I've got some Internet
13   photos of wire harnesses.
14        Q    Okay.  Is that it?
15        A    And then I've got legal documents that were
16   sent to me.
17        Q    Sure.
18        A    I believe that's it, and photos.
19        Q    Let's run through these real quick.
20        A    Okay.
21        Q    So the complaint regarding the LG fridge, what
22   kind of fridge was it?
23        A    I don't recall.  I did -- I mean, I can look.
24        Q    Do you know if it's this fridge?
25        A    No, it was not.
```

Paul Castellano

```
 1        Q    Okay.  Do you know whether it is manufactured

 2   the same as this fridge?

 3        A    What do you mean by "manufactured the same"?

 4        Q    I mean, do you know if the parts are the same

 5   and the components are the same?

 6        A    Well, there probably are some components that

 7   are the same.  It's not the same fridge.  It was a

 8   separate issue altogether.

 9        Q    Did you rely on this in any way in forming

10   your opinion?

11        A    Absolutely not.

12        Q    The photo of another fridge with fire

13   damage --

14        A    Yes.

15        Q    -- did you rely upon that in any way --

16        A    No.

17        Q    -- in forming your opinion?

18        A    Absolutely not.

19        Q    The photo of a control board of a fridge, did

20   you rely on that in any way?

21        A    The control board?

22        Q    Yes.  It's the third thing you mentioned.

23        A    Yes.  The control board was a -- was the

24   actual control board for this fridge.

25        Q    Okay.
```

Paul Castellano

```
 1        A    So I pulled a photo of it off the Internet so
 2   I could see what I was dealing with.
 3        Q    Okay.  The document from a lawsuit in the
 4   District of New Jersey --
 5        A    Yeah.
 6        Q    -- relating to a fridge, did you rely upon
 7   that --
 8        A    No.
 9        Q    -- in any way?
10        A    No.
11        Q    The photo of the door switch --
12        A    Yes.
13        Q    -- does that correlate to this model
14   refrigerator?
15        A    There was -- let me just make sure.  I can
16   tell by looking at it.
17             Yes.
18        Q    The photo of the PCB or the control board?
19        A    It's another photo of the PCB, yes.
20        Q    The schematic of a range control --
21        A    Yes.
22        Q    -- is that this fridge?
23        A    No.
24        Q    I'm sorry.  Not a fridge, the stove.
25        A    No.  This is a generic schematic for a stove.
```

Paul Castellano

```
 1    It's not the stove that was involved in this incident.

 2         Q    And you didn't rely on it in any way?

 3         A    It would -- no.  I downloaded it and it's

 4    there, but I didn't use it in any way.

 5         Q    Okay.  The document regarding a pilot light

 6    for a range --

 7         A    Yes.

 8         Q    -- did you rely on it in any way?

 9         A    I didn't rely on it.  I looked at it because

10    it -- it happens to support a theory that I agree with.

11         Q    Okay.  So I don't forget, go ahead and tell me

12    the theory.

13         A    Well, it's just -- it's a very simple theory

14    and it doesn't necessarily have to deal with a pilot

15    light.  It could involve any -- any situation where

16    there's electrical conductors in a confined space where

17    there's a fire.  And the theory is is that a conductor

18    that's not energized can become energized as a result of

19    damage from the fire.  And so you can find arcing on a

20    conductor that was not necessarily energized at the time

21    of the fire.

22         Q    Use and care manual for a Whirlpool range --

23         A    Yes.

24         Q    -- is that this range?

25         A    Yes.
```

Paul Castellano

```
 1        Q     And did you rely on it in some way then in

 2   reaching your determination?

 3        A     Just for general information about the

 4   specific layout of the range and where the different

 5   parts of the range were.

 6        Q     A spec sheet for a Bussmann plug fuse --

 7        A     Right.

 8        Q     -- is that something you relied upon in

 9   reaching your determination in this case?

10        A     I didn't really rely on the spec, but I used

11   the spec as part of my analysis.  I mean, it wasn't that

12   I -- it wasn't because of this data in this spec, but

13   there were Bussmann fuses at the scene and so I needed a

14   spec for the Bussmann fuse.

15        Q     Okay.  Photo of an ice maker --

16        A     Yes.

17        Q     -- does that correlate to this fridge?

18        A     That's this fridge.

19        Q     And did you rely on that in some way then?

20        A     In some way.

21        Q     A diagram of the internal components of the

22   fridge, this fridge?

23        A     Yes.

24        Q     Did you rely on it?

25        A     As part of the analysis, yes.
```

1        Q     A photo of a wire harness?

2        A     No, I did not rely on that.  They were general

3    photos of wire harnesses.

4        Q     A doc that appears to have been like a forum

5    discussion on LG refrigerators, is this something that

6    correlated to this refrigerator?

7        A     Which one was that again?  Sorry.

8        Q     You said it was a forum discussion off the

9    Internet about LG fridges generally.

10        A     Oh, no.  It was a generic -- it was a forum

11    discussion about complaints.

12        Q     Okay.

13        A     So it did not refer to this refrigerator at

14    all.

15        Q     And did you use that in any way in formulating

16    your opinion?

17        A     No.

18        Q     You mentioned multiple service manuals.  What

19    appliances did you get service manuals for?

20        A     Refrigerators.

21        Q     Only refrigerators?

22        A     Well, all of the service manuals that I have

23    are refrigerators.

24        Q     Okay.  I feel like I'm missing something.  Did

25    you rely on other service manuals that you're not

Paul Castellano

```
 1   mentioning today?

 2        A    I'm sorry?

 3        Q    You said all the service manuals you relied on

 4   were refrigerators.  I'm trying to make sure I'm not

 5   missing some distinction there.  In other words, were

 6   there other service manuals involved?

 7        A    At the time that I -- no.  These were all

 8   service manuals for various refrigerators.

 9        Q    Does that include the one you originally

10   worked off of to begin with in this case as well as the

11   clarified manual?

12        A    The one I originally worked off of is included

13   in the service manuals.

14        Q    And which ones of those service manuals did

15   you rely upon?  Those two for sure; right?

16        A    The ones -- right, those two.

17        Q    Any others?

18        A    The others were just general information about

19   the operation and how these refrigerators were put

20   together and what the difference is between them.

21        Q    And the water filter tank case you said --

22        A    Yeah.  The reason why is because that's the

23   one distinct difference between the two model numbers is

24   the water filter dispenser.

25        Q    So you relied on that at least in terms of
```

Paul Castellano

1   maybe vetting your opinion after the fact once you knew;

2   correct?

3        A     Right.  I researched what the difference was

4   between the two models and I came up with the later

5   model that we determined was the actual model had a

6   water dispenser.

7        Q     Since you've got the service manual in front

8   of you, what is the model number that you originally

9   thought this fridge was?

10       A     22750, LTC -- LRF.  I'm sorry.  LRFC22750.

11       Q     What is the actual model number?

12       A     I'm sorry.  That's not right.  That's not

13  right.  I apologize.

14       Q     Okay.

15       A     Okay.  It is LTC22350WH.  That's the one that

16  we thought it was.

17       Q     Okay.  What is the actual model number?

18       A     The actual model number is actually written in

19  my report, if we could --

20       Q     All right.  I'm very confused now.

21  Mr. Castellano, your report was submitted to us in

22  August of 2015 and you're telling me in your deposition

23  that you found out the correct model number in September

24  of 2015.  So --

25       A     We -- there was -- right at the time where I

Paul Castellano

```
1    was submitting that report, there was a debate as to

2    what the right model number was.

3         Q    Uh-huh.

4         A    This model number, the new model number, came

5    to light and I put in my report, if you looked at it,

6    that I had not yet investigated the differences between

7    these two model numbers.

8         Q    Okay.

9         A    So I did cite the model number in the report,

10   but I did not know the difference at the time when I

11   wrote the report.  It's I believe in the first -- if you

12   go back to the electrical discussion.

13        Q    Right.  Okay.  So I'll tell you what, let's go

14   ahead and --

15             (Exhibit No. 3 was marked for identification.)

16        BY MR. HOOKS:

17        Q    I'm showing you what is a copy of your report

18   which I've marked as Defendant's Exhibit 3.  And in the

19   electrical summary near the back of the report, I do see

20   where you said -- this is as of August 10, 2015 --

21        A    Uh-huh.

22        Q    -- that the likely model number is what you

23   just said, LTC22350WH.  Then it says:  Additional

24   information recently provided to GHD suggested that the

25   refrigerator was a Kenmore Model --
```

```
 1      A    Right, right.

 2      Q    -- 79579302900 --

 3      A    Right.

 4      Q    -- manufactured by LG Electronics.

 5           So one more time let me just make sure I

 6  understand you.  So this is August of 2015 and you said

 7  that you finally figured out the right model number in

 8  September --

 9      A    Well, it may have -- it's right around that

10  time frame.  I don't recall the exact date when we said,

11  okay, this is the model number, but I was presented with

12  that model number right about the time that I published

13  this.

14      Q    So it may not have been September but it was

15  around this time.  And what you're saying is is that at

16  that time you still thought it was the LTC model number

17  and you subsequently learned for sure it was the LG?

18      A    Well, when you say "learned for sure," that

19  information I believe was provided by LG.

20      Q    Okay.  Right.  But I'm making sure.  So you

21  had a suspicion or it had been learned that maybe this

22  was the right number at the time of your report and you

23  now know it with certainty; correct?

24      A    Right.  You got it.

25      Q    If we want to at some point -- we don't have
```

Paul Castellano

```
 1    to take a break right now, but I want a copy of, based

 2    on my list, the photo of the control board of the

 3    fridge, the photo of the door switch --

 4         A    You want me to make a list of that?

 5         Q    Yeah.

 6         A    Photo control -- control board.  Okay.  Photo

 7    of what?

 8         Q    Photo of the door switch.

 9         A    Uh-huh.

10         Q    The complaint about the LG fridge.

11         A    Uh-huh.

12         Q    The photo of the other fridge fire damage.

13         A    Uh-huh.

14         Q    Photo of the PCB.

15         A    Uh-huh.

16         Q    The New Jersey document regarding the lawsuit.

17         A    Uh-huh.

18         Q    The schematic of the range control.

19         A    Uh-huh.

20         Q    The document about the pilot light.

21         A    Uh-huh.

22         Q    The Whirlpool use and care guide.  Pretty much

23    everything.

24         A    Okay.

25         Q    The only thing I don't want is a bunch of
```

Paul Castellano

```
 1    irrelevant service manuals.

 2        A    Okay.

 3        Q    Yeah.  That's really a lot easier.  Everything

 4    but the service manuals you didn't rely on.

 5        A    Okay.  Got it.  Do you have a thumb drive or

 6    how do you want me to give it to you?

 7        Q    No.  Just print them for me.

 8        A    Print them?

 9        Q    Yep.

10        A    Okay.

11        Q    Okay.  Let me figure out where I was.

12             All right.  At what point in time during your

13    investigation did you and Mr. Ashcraft get together and

14    discuss your findings?

15        A    Let me think.  I would say maybe the -- it was

16    later on in that year.  You know, it was -- it was a

17    slow process.  I didn't discuss it with him immediately.

18    You know, the lab exam was in March.  It was probably

19    that summer.

20        Q    And who shared their opinion with the other

21    first about the cause and origin?

22        A    He shared his opinion with me that the origin

23    of the fire was in the southwest corner of the kitchen.

24        Q    When did he share that with you?

25        A    I don't recall exactly.
```

Paul Castellano

```
 1          Q    Was it during the summer?  Was it --

 2          A    It was probably right around that time during

 3     the summer.

 4          Q    So it was after all the lab exams or at least

 5     after the Donan lab exam, if not the Vista?

 6          A    Yeah.

 7          Q    Okay.  Is that right?

 8          A    Yeah, I believe so.

 9          Q    Did Mr. Ashcraft tell you any conclusions

10     before y'all visited the scene?

11          A    No.  He didn't have any conclusions before we

12     visited the scene that I knew of.

13          Q    But you know it was not his first time on the

14     scene?

15          A    Yes, I know that.

16          Q    All right.  Just wanted to make sure that was

17     known.  Is there anything that you need to do to flesh

18     out, finalize, refine, or improve your opinions or

19     conclusions in any way?

20          A    Well, I mean, elaborate what you mean by that.

21     I mean, is --

22          Q    I mean, is there anything you still need to

23     do?

24          A    Oh, any more investigative work?

25          Q    Yeah.
```

Paul Castellano

```
 1        A    No.

 2        Q    Any more research?

 3        A    No.

 4        Q    Is there any more anything that you need to

 5   do?

 6        A    No, I don't believe there's anything else that

 7   can be done.

 8        Q    You've done everything you need to do to get

 9   your opinions the way you like it; right?

10        A    Yes.

11        Q    And are you familiar with NFPA 70?

12        A    Yes.

13        Q    And what is that?

14        A    It's the National Electrical Code.

15        Q    And in your investigation did you find any

16   violations of NFPA 70 in that house?

17        A    Yes.

18        Q    And what were they?

19        A    There were branch circuits that were not

20   properly routed in the house.  There were connections

21   that were not in junction boxes.  There were some fuses

22   that were oversized for the conductors that they were

23   protecting.  There were receptacles that were not

24   grounded.  Those are the ones that come off the top of

25   my head.
```

Paul Castellano

```
1      Q     The first thing you mentioned are the

2   conductors that were not properly routed.  What do you

3   mean by that exactly?

4      A     Well, there's several different rules that you

5   have to follow when routing a conductor through an attic

6   space, so various specifics, such as they weren't --

7   some were not fastened properly, there was knob-and-tube

8   wiring, which is not accepted in today's standards.  So

9   that's...

10     Q     Is it your opinion that if electrical

11  conductors and equipment are used correctly, that they

12  won't present a fire hazard?

13     A     Most of the time.  There always can be some

14  problem that may occur that can cause them to become a

15  fire hazard even if they are installed and used

16  properly.

17     Q     Which fuses were oversized and what circuits

18  did they go to?

19     A     There were some Bussmann 30-amp fuses that

20  were in the fuse box and the circuits that they supplied

21  were -- I'm trying to think -- had 12-gauge wire.

22     Q     And what's the defect or what's the problem on

23  that?

24     A     The problem is that the ampacity of the wire

25  is not sufficient for the protection fuse.
```

Paul Castellano

```
1      Q    Okay.  Meaning that it would get too hot

2  before it overloaded and tripped or --

3      A    Well --

4      Q    -- blew?

5      A    -- if the ampacity is undersized for the fuse,

6  then there's potential for an overload.

7      Q    One I guess general fire question, then we'll

8  get into your summary.  So in order for ignition to

9  occur from an electrical source, what has to happen?

10 What are sort of the you might call them the elements --

11     A    Sure.

12     Q    -- or the factors needed?

13     A    Sure.  You have to have sufficient heat, you

14 gotta have oxygen, and you gotta have fuel.

15     Q    Okay.

16     A    And those three things have to be brought

17 together such that an ignition could occur.

18     Q    Doesn't it need to be energized as well?

19     A    Well, sure, it has to be energized, but -- and

20 that's where the heat comes from is the heat from the

21 circuit.

22     Q    And so you said heat, oxygen, and fuel?

23     A    Right.

24     Q    What about time?

25     A    Time?
```

Paul Castellano

1    Q    Time.

2    A    Well --

3    Q    Don't you need time as well for the object to

4    be heated or warmed enough to combust?

5    A    It depends on how much time you're talking

6    about.  An arc is a relatively short event.  It's an

7    order of milliseconds or less.  So, yes, you would need

8    time, but it could be a very small amount of time.

9    Q    Agreed.  But still it's a factor; correct?

10   A    Right.

11   Q    So let's get down to your electrical summary,

12   which, again, is marked as Defendant's Exhibit 3.

13   A    Uh-huh.

14   Q    And, of course, the main body of this report

15   is the report prepared by Mr. Ashcraft?

16   A    That's right.

17   Q    And I presume that everything that's yours

18   starts at Attachment C, "Electrical Summary"; right?

19   A    Yes.

20   Q    So I'm going to pass over Mr. Ashcraft's

21   report and save that for him tomorrow.  And I suppose

22   that the photographs that are attached to this summary,

23   the Attachment A photographs, were those taken and

24   selected by you?

25   A    Yes.

Paul Castellano

```
 1        Q    I'm going to jump past the first few bullets

 2   of your electrical summary just because they are -- and

 3   I do appreciate the fact that it takes us from a

 4   zoomed-out position to a zoomed-in position.  And we may

 5   circle back to some things, but I want to start with

 6   your fourth bullet, which starts with the words "The

 7   enclosure with PCB."

 8        A    Uh-huh.

 9             MR. KING:  John, if you're going to get into

10        the whole report, can we take a break?

11             MR. HOOKS:  I'd be glad to.

12             THE WITNESS:  I was going to ask that.

13             MR. KING:  I don't want to break in.

14             MR. HOOKS:  I'm very happy to do that.

15             (Short recess.)

16   BY MR. HOOKS:

17        Q    Quick follow-up before I jump into your

18   summary.  You mentioned that there were some fuses that

19   were too large and there could be a possibility of

20   presenting an overload situation there; right?

21        A    Yeah.

22        Q    Were any of those fuses correlating to

23   conductors going to the kitchen?

24        A    Yes.

25        Q    Which ones?
```

Paul Castellano

1    A    Well, the one issue was that when I did the --

2    when I was there for the scene investigation, fuses had

3    been removed.

4    Q    Okay.

5    A    And so there were circuits to the kitchen that

6    did not have fuses in them at the time of the scene

7    investigation.

8    Q    Okay.  Do you know who took those?

9    A    I -- we have the fuses.  They were sitting --

10   when we did the investigation, there were three fuses

11   sitting on the washer in the laundry room and so we took

12   the fuses with us.

13   Q    Do you know who --

14   A    And we examined them in the lab.

15   Q    Do you know who removed them?

16   A    No.

17   Q    Okay.

18   A    No idea.

19   Q    So did that in any way prevent you from being

20   able to know whether some of those fuses went to the

21   kitchen?

22   A    Well, no.  I traced -- the wires from the

23   kitchen I traced to the fuse panel.

24   Q    Okay.  All right.  So which fuses were too

25   large?  Or I should say -- let me rephrase that

Paul Castellano

1    question -- of the fuses that were too large, what in

2    the kitchen connected to those?

3         A     The one I identified that was too large --

4    well, the circuit that went to the refrigerator

5    specifically did not have a fuse in it.

6         Q     Okay.

7         A     I'm assuming that one of the 30-amp fuses that

8    were set aside was in there at some point.  It may or

9    may not have been.  But if it was in there, then it was

10   too large for that circuit.

11        Q     And so all the fuses that were sitting out

12   having been removed were all 30-amp fuses?

13        A     Yes.  There were three of them.

14        Q     And do the three fuses correlate to

15   basically -- I don't know the right technical word, but

16   three open spots somewhere in the fuse box?

17        A     There were more than three open spots, but

18   there was at least three open spots for those three

19   fuses.

20        Q     So what you're saying, I think, is that

21   assuming there are no other fuses that anybody removed,

22   there were some circuits that were not electrically

23   protected with a fuse; is that right?

24        A     No.  What I'm saying is that the fuses were

25   not in there at the time of the scene investigation.

Paul Castellano

1       Q    Correct.

2       A    Presumably, those fuses were in that box at

3    some point in time.

4       Q    Agreed.  Okay.

5       A    And wherever they were, they were protecting

6    those circuits.  And in some cases they may have been

7    too large for the circuits that they were protecting.

8       Q    Okay.  And what I'm asking is if there were

9    three fuses -- and, again, I don't know -- I ought to

10   know, but I don't know the term for where you place

11   those fuses except in the fuse box.

12      A    Right.

13      Q    But I got the sense that you were saying that

14   there were more than three places where there was --

15      A    Yeah.

16      Q    -- wiring coming into that fuse box that there

17   was no --

18      A    Yes.

19      Q    In other words --

20      A    There were more than three vacancies.

21      Q    Right.  Exactly.  More than three vacancies.

22   So, you know, are you aware, by any chance, of where the

23   other fuses were?

24      A    No.

25      Q    Are you aware of any fuses being taken into

Paul Castellano

1    custody and then returned?

2        A    The only three that were taken into custody

3    were by us that were evaluated at the lab exam.

4        Q    So from your investigation there were

5    vacancies in the fuse box that did not have any

6    corresponding fuse nearby laying in the laundry room?

7        A    That's correct.

8        Q    So do you remember how many there were, how

9    many vacancies?

10       A    I believe there's one extra vacancy.  So there

11   was a total of four.

12       Q    And so do you recall where the four vacancies

13   were or what they correlated to?

14       A    No.  I did not trace all the vacancies back.

15       Q    But one of the circuits that had a vacancy was

16   the refrigerator?

17       A    Yes.

18       Q    There's a 30-amp fuse --

19       A    Yes.

20       Q    -- that's nearby --

21       A    Yes.

22       Q    -- that you think might go with the

23   refrigerator?

24       A    That's -- possibly, yes.

25       Q    But it's also possible that some other size

Paul Castellano

1    fuse correlated to that?

2         A    Yes, it's possible.

3         Q    But in any event, it's missing?

4         A    Yes.

5         Q    Whichever one it goes to, it's missing?

6         A    Yes.

7         Q    Besides the refrigerator, any others in the

8    kitchen?

9         A    Well, there was a circuit that went to the

10   fuse box from the lighting in the kitchen.

11        Q    Okay.

12        A    And I did not trace it to the fuse -- to the

13   actual fuse outlet, but I know that it went to the fuse

14   box.

15        Q    I'm not sure I understood.

16        A    In other words, I know it went to the fuse

17   box, but I don't know what fuse it went to.

18        Q    Okay.  So we know that one of the lights in

19   the kitchen went to a fuse box.

20        A    Yes.

21        Q    Everything in the kitchen that's plugged in

22   goes to the fuse box; right?

23        A    No.

24        Q    Was there a breaker panel?

25        A    There was a breaker panel as well.

Paul Castellano

```
 1        Q     So the rest -- I gotcha.

 2        A     There was a breaker panel and then there was a

 3   fuse box.

 4        Q     I gotcha.  So there's a light in the kitchen

 5   which was connected to the fuse box, not the breaker

 6   panel?

 7        A     Uh-huh.

 8        Q     And the refrigerator was connected to the fuse

 9   box, not the breaker panel; right?

10        A     Uh-huh.

11        Q     But other things in that kitchen were

12   connected to a breaker panel?

13        A     Yes.

14        Q     Okay.  I'm with you.  I'm with you.

15              Okay.  So now we'll get into your electrical

16   summary.

17        A     All right.

18        Q     So fourth bullet point begins with the

19   enclosure with the PCB being detached from the back

20   panel of the fridge.  And then it says that the back

21   panel was removed revealing the thermal insulation.

22        A     Uh-huh.

23        Q     So what kind of insulation was that?

24        A     It was a blown-in insulation between the outer

25   panel of the refrigerator and the inner panel of the
```

```
1    refrigerator.  So between the inside of the refrigerator

2    and the outside enclosure is a pocket where this

3    insulation was presumably blown in.

4         Q    All right.  And what kind of insulation was

5    that?

6         A    I don't know what type of insulation it was.

7    I'm not well versed on thermal insulation.

8         Q    About how thick was it?

9         A    About an inch or so, about an inch.

10        Q    Whatever its thickness was, would it have

11   covered the entire pocket between the back panel and I

12   guess the back of the compartment of the fridge?

13        A    I can't say that for sure.  I mean, it may

14   have.  There may have been pockets in there, especially,

15   you know, if there was an opening for some piece of

16   equipment for the fridge where it wasn't a flat surface,

17   then there may have been a pocket there, it may not have

18   filled that void.

19        Q    You don't have any evidence to that end, do

20   you?

21        A    Of what?

22        Q    Of there being a pocket or cavity of any sort.

23        A    Well, no, because most of the insulation from

24   about 2 feet up was gone.

25        Q    And you said it was blown in?
```

Paul Castellano

```
 1        A     Well, that's -- I'm assuming that it was blown
 2    in.  It filled spaces.  And usually when an --
 3        Q     Right.
 4        A     -- insulation like that fills spaces, it's
 5    blown in --
 6        Q     Right.
 7        A     -- in some method like that.
 8        Q     And do you know how they blow insulation into
 9    a fridge like that?
10        A     I don't know.
11        Q     But I guess to clarify, from what you have in
12    the lab exam of this fridge, you don't have any
13    scientific evidence indicating the insulation didn't
14    file the entire void; correct?
15        A     I don't have any evidence one way or the other
16    that it did or didn't because most of the insulation was
17    gone.
18        Q     Did you create an arc map of the room?
19        A     Of the entire room?
20        Q     Right.
21        A     I have some documented on my notes.  I do have
22    documentation of where arcing was in the room.
23        Q     Take a look and find it for me just so I can
24    be sure.  I'm not sure if that's it or not.
25        A     I don't have it designated on my notes where
```

Paul Castellano

```
 1    every -- where every arc was found in the room.  No, I

 2    don't.  I thought I did but I do not.

 3         Q    Well, do you have some paper there?  Can you

 4    draw me an arc map?

 5         A    Well, I can draw it on -- let's see here.

 6         Q    I've got a piece of notebook paper if you need

 7    it.  But hang on.  Let's not put this on something less

 8    than 8-1/2x11.  It will get lost in a heartbeat.

 9         A    Okay.  Those are the three places where arcing

10    was found in the room.

11         Q    So your arc map has depicted the refrigerator.

12    FLLT I guess is a floodlight?

13         A    Fluorescent light.

14         Q    Fluorescent light.

15         A    Yeah, fluorescent light fixture in the room.

16         Q    And you've got one arc at the range?

17         A    Uh-huh.

18         Q    And there's two other sort of triangles.  What

19    are they?

20         A    I'm sorry?

21         Q    I wasn't sure if they meant something.

22         A    Oh, those were other fluorescent lights that

23    were in the room, but there was one where arcing was

24    found.

25         Q    Okay.  So you've named three places where
```

Paul Castellano

1    arcing was found?

2         A    Uh-huh.

3         Q    On any one of these, was there just one arc or

4    multiple arcs?

5         A    There were multiple arcs in the refrigerator,

6    there were more than one arc in the range, and there was

7    at least one confirmed arc in the fluorescent light.

8         Q    Did you examine the dishwasher for arcs?

9         A    Yes.

10        Q    Did you --

11        A    I did not see any.

12        Q    Did you examine the microwave?

13        A    Yes.

14        Q    Vent hood?

15        A    The vent hood.

16        Q    So all the other appliances you did examine

17   for arcs?

18        A    Yes.

19        Q    So just explain to me, if you would, what arc

20   mapping is.

21        A    Arc mapping is when you -- if you're going to

22   investigate a fire, you look at all of the electrical

23   appliances, circuits in the room and you pinpoint where

24   all of the arcing is in the room or on the appliances.

25        Q    Okay.

Paul Castellano

```
 1      A    And it can be used for various things.  It can

 2  be used to -- it can be used to determine where the area

 3  of origin is, to assist in that determination in certain

 4  circumstances, and it's helpful to know where the fire

 5  progressed and where it attacked.  So it's got various

 6  uses in the fire investigation.

 7      Q    And did it help you in reaching any opinions

 8  on fire progression?

 9      A    I didn't make any opinions on fire

10  progression.

11      Q    Did this arc map -- you haven't drawn one

12  before today, at least you didn't do one of the entire

13  room.  I mean, what, if any, effect does it have on your

14  opinions?

15      A    It doesn't have an effect on my opinion

16  because the area of origin was designated as the

17  southwest corner of the kitchen.  Now, I took the

18  information -- I didn't actually do the arc map because

19  at that point I was told that the area of origin was the

20  southwest corner of the kitchen and that's where my

21  investigation focused because I'm not qualified to

22  investigate the fire patterns and the fire progression

23  anywhere other than where the O&C investigator tells me

24  the area of origin is.

25      Q    So did you simply assume the area of origin as
```

Paul Castellano

```
 1   a given?

 2        A    No.  I -- when you say it's a given --

 3        Q    In other words, if Mr. Ashcraft is telling you

 4   that the area of origin is in the southwest corner of

 5   the kitchen --

 6        A    Uh-huh.

 7        Q    -- I mean --

 8        A    Well, I don't understand.  What's your

 9   question?

10        Q    Well, I'm trying to make sure whether, you

11   know -- you said that you didn't prepare one because you

12   were told that the area of origin was in the southwest

13   corner of the kitchen.  I'm trying to figure out what

14   kind of analysis you engaged in to check that.

15        A    I can tell by where the arcing was that -- you

16   know, arc mapping can be used to determine the direction

17   of a fire, the progression of a fire.  Okay?  He -- he

18   told me it was in the southwest corner of the kitchen.

19   I relied on his expertise in his fire investigation that

20   that was correct.  And so then I focused on that area to

21   determine what potential ignition sources were in that

22   area.

23        Q    Okay.  And then after you used that to

24   determine other potential ignition sources, what did you

25   do with other potential ignition sources throughout the
```

Paul Castellano

```
 1    room?

 2         A    They were possible ignition sources.  They

 3    were potential ignition sources and possible causes, but

 4    they weren't the probable cause because they were not in

 5    the area of origin.

 6         Q    As determined by Mr. Ashcraft?

 7         A    As determined by Mr. Ashcraft.

 8         Q    So if Mr. Ashcraft had made a different

 9    determination, would your analysis perhaps have been

10    different?

11         A    If he said the fire had started in the area of

12    the range, then obviously I would have possibly

13    determined that, you know, there may have been another

14    ignition source in that area.

15         Q    Let's hypothetically assume Mr. Ashcraft told

16    you the area of origin was in the range.  Was there

17    sufficient evidence in this case to confirm that?

18         A    He didn't tell me it was in the range.  He

19    told me it was in the southwest corner of the kitchen.

20         Q    Right.  I know.  That's why I'm asking you the

21    hypothetical question, what he if told you it was in the

22    area of the range?

23         A    I did not investigate the range from the

24    standpoint of it being the area of origin.  So, in other

25    words, the area of origin was pinpointed by Mr. Ashcraft
```

Paul Castellano

1    as the southwest corner.  So at that point I looked at

2    all competent ignition sources in the area of origin.

3         Q    Now, I've got here in the list of documents

4    that you relied on a schematic of a range control and a

5    pilot light document regarding the range and a Whirlpool

6    range use and care guide; right?

7         A    Uh-huh.

8         Q    And so, I mean, it looks like you at least

9    investigated --

10        A    Well, we did the lab exam, sure.  We did the

11   lab exam and we investigated the appliances that were in

12   the room.  We looked at the microwave.  We looked at the

13   range.  We looked at the -- I forget what else was in --

14   the dishwasher.  And that was all done prior to

15   Mr. Ashcraft's conclusion that it was in the southwest

16   corner.

17        Q    Did Mr. Ashcraft ask you for an arc map at any

18   time?

19        A    No.

20        Q    So at the end of the day what use --

21             MR. HOOKS:  By the way, let me mark this

22        before I forget.

23             Defendant's Exhibit 4?  Is that right, 4?

24             THE COURT REPORTER:  Yes.

25             (Exhibit No. 4 was marked for identification.)

Paul Castellano

```
 1       BY MR. HOOKS:

 2       Q    What use did this provide you, if any, in

 3  helping you determine the area of origin of this fire?

 4       A    That?

 5       Q    Yes.

 6       A    I didn't create that until just now.

 7       Q    Your analysis behind this arc map --

 8       A    Uh-huh.

 9       Q    -- did doing this either in your head --

10       A    Well, at the time we were doing the scene

11  investigation, all I knew was I needed to take into

12  account every electrical appliance and electrical

13  circuit and anything that could cause an electrical

14  ignition.

15       Q    Right.

16       A    So I collected all the data at that point.

17  After -- once it was determined that it was in the

18  southwest corner, I focused on the data from that point

19  where he indicated that the fire originated.

20       Q    So at the end of the day, Mr. Castellano, it

21  sounds to me -- and you please correct me if I'm

22  wrong -- like you are relying on Mr. Ashcraft completely

23  in terms of the determination that the area of origin

24  was in the southwest corner?

25       A    That's right.
```

Paul Castellano

1    Q    And so from that perspective, your opinions to

2  me seem to be limited to within the southwest corner of

3  the kitchen specifically what could have caused the

4  fire; am I correct?

5    A    Given he's made those opinions that he made,

6  given that as a preface, that's correct that I'm now

7  focused on the southwest corner of the kitchen based on

8  Mr. Ashcraft's opinions.

9    Q    Okay.  And did you engage in any efforts to

10  rule out other possible sources of ignition in places

11  other than the southwest corner of the room?

12    A    Yes.  During the lab exam, we looked at all of

13  the appliances and the circuitry in the room and

14  collected the data to potentially rule out or include.

15  At that moment we did not know where the origin was.

16    Q    Right.  And so what I'm trying to get to is

17  did you go beyond the analysis of your lab exam in terms

18  of -- because it sounds like you limited yourself to the

19  southwest corner of this room.

20    A    Not during -- not at the moment of the lab

21  exam.

22    Q    So when did you limit yourself to the --

23    A    When Mr. Ashcraft told me that the area of

24  origin was, in his opinion, definitely in the southwest

25  corner.

Paul Castellano

1     Q     So when did you expand beyond that?  At the

2  lab exam?

3     A     When did I expand beyond that?

4     Q     Yes.  When did you consider --

5     A     During the lab exam, we analyzed every piece

6  of equipment that was collected.  We analyzed the range,

7  the microwave, all of the circuits that we collected.

8  And not until after that did he come to the conclusion

9  that it was the southwest corner.

10    Q     Okay.  I apologize.  I'm not the brightest

11  bulb in the box, but I'm having a hard time getting a

12  clear understanding of your scope because you've agreed

13  that your opinions are premised upon Mr. Ashcraft's

14  determination that it's in the southwest corner of the

15  room?

16    A     Yes.

17    Q     At the same time, you seem to be saying that

18  you considered all the alternative sources of ignition,

19  but it can't be both.

20    A     Prior to Mr. Ashcraft's opinion was finalized.

21    Q     Okay.

22    A     So I'm considering everything until he made an

23  opinion that -- he formed an opinion that it was in the

24  southwest corner based on his knowledge and his

25  experience.

Paul Castellano

```
1        Q    I think that makes more sense.  So, in short,
2   you attended the scene exam briefly to retrieve some
3   items?
4        A    Yes.
5        Q    At that point you're considering all
6   possibilities?
7        A    Yes.
8        Q    You attended the lab exam at Donan Engineers
9   in March --
10       A    March.
11       Q    -- of 2014?
12       A    Right.
13       Q    At that time you're considering all options,
14  fridge, range, et cetera?
15       A    Uh-huh.
16       Q    And it was after that --
17       A    Uh-huh.
18       Q    -- I think you said sometime in the summer of
19  2014 perhaps --
20       A    I believe it was around then.
21       Q    -- that Mr. Ashcraft said that the area of
22  origin of the fire --
23       A    Uh-huh.
24       Q    -- is in the southwest corner of the kitchen?
25       A    Yeah.
```

Paul Castellano

1      Q      And at that point you said, okay, forget the

2      range, forget the -- I don't know -- toaster, forget the

3      microwave?

4      A      Well, I didn't forget it.  But, in other

5      words, we had the data, we had the information, but now

6      my investigation is focused on where he's telling me the

7      fire started.

8      Q      So from the time that Mr. Ashcraft told you

9      that and you began your investigation, at that point

10     forward did you consider the possibility that the range

11     was the source or the possibility that the dishwasher

12     was the source or the possibility that the toaster was a

13     source?

14     A      At that point going forward, no.

15     Q      Okay.

16     A      Because I had focused on the southwest corner.

17     Q      Right.  So your electrical summary is premised

18     upon Mr. Ashcraft's determination of cause and origin?

19     A      Right.

20            MR. HOOKS:  Let's go off record for just a

21     minute.

22            (Discussion off the record.)

23     BY MR. HOOKS:

24     Q      Did you test the house wiring for arcing?

25     A      There was -- there was no definite arcing in

Paul Castellano

```
 1    the house wiring that I saw.  Some of the wiring was
 2    associated with the fluorescent light that had arcing on
 3    it.
 4        Q    And when you say there's no definite arcing
 5    that you saw, does that mean you saw a possible suspect
 6    of arc, melted copper of some sort?
 7        A    There was a wire that was -- had a tapered end
 8    to it that is suspect of some kind of melting that may
 9    have occurred at some point.
10        Q    And do you recall where that was?
11        A    There was a switch above -- I'm sorry.  The
12    switch was to the left of the refrigerator and the wire
13    ran into the ceiling and so it was in the ceiling.
14        Q    The melt or the bead you said?
15        A    It wasn't a bead.  It was a tapered end.
16        Q    And that tapered end, though, was in the
17    ceiling on that wire?
18        A    I believe so, yes.  Yes, it ran into the
19    ceiling.  It came down out of the ceiling, through the
20    switch, and back up.
21        Q    Do you have an arc map or any type of diagram
22    where you diagrammed the arcs in the refrigerator?
23        A    I have a -- yeah.  These are the arcs that are
24    closest to the control panel.
25        Q    Okay.
```

Paul Castellano

```
 1      A      And then there is a more expanded view which

 2   is part of that packet there.

 3      Q      So this is on the fridge, though; right?

 4      A      That's right.  That's the control panel for

 5   the refrigerator.  And then there's another diagram that

 6   is more of an expanded view of other arcs that are

 7   further away from the control panel.

 8             MR. HOOKS:  All right.  I'm going to mark this

 9      as Defense Exhibit 5.

10             (Exhibit No. 5 was marked for identification.)

11   BY MR. HOOKS:

12      Q      And just to get a better sense of this

13   document, this is obviously from your notes?

14      A      Uh-huh.

15      Q      At the top it says McClennan --

16      A      Yes.  I -- on these notes I had looked at some

17   of the complaints -- if you look at that first page,

18   it's in reference to the door switch.

19      Q      Right.

20      A      And I know there was a complaint earlier on

21   another model that had a problem with the door switch --

22      Q      Right.  This is the --

23      A      -- and so --

24      Q      This is the Connie McClennan case in New

25   Jersey; correct?
```

Paul Castellano

```
 1      A     Yeah.

 2      Q     And it related to French door refrigerators?

 3      A     So as I began investigating the refrigerator,

 4   I took a look at the door switch circuit to determine if

 5   that had a potential to be involved in the cause.

 6      Q     Right.  And obviously you know that the model

 7   is different?

 8      A     Yes.

 9      Q     And that the design is different?

10      A     Yes, absolutely, absolutely.

11      Q     Okay.

12            MR. HOOKS:  For the record, by the way, this

13            is Exhibit 5 and we previously are correcting the

14            arc map which I had earlier labeled as Exhibit 5 is

15            now Exhibit 4.  We've already switched the stickers

16            and everything.

17      BY MR. HOOKS:

18      Q     So on the third page of this multipage exhibit

19   is what you -- this is it; right?

20      A     Yeah, that's what I was talking about.

21      Q     And you've broken this down into inside and

22   outside.  I suppose that's inside the PCB panel

23   enclosure?

24      A     Yes.

25      Q     And outside of it?
```

Paul Castellano

```
 1      A    Yes.

 2      Q    All right.  Do me this favor because I am

 3   not --

 4      A    And it's not to scale.  So that doesn't mean

 5   if something is a certain distance away from --

 6   obviously the PCB, all of the conductors feed through

 7   one opening.

 8      Q    Right.

 9      A    And so they all come together at one point.

10      Q    I understand.

11      A    So when I say something is inside, it could be

12   very close to the opening.

13      Q    If you would do me a favor, just let's start

14   off with this.  I'm handing you a red pen.  If you'd

15   please circle the arcs with that red pen, please.

16      A    (Witness complies with request.)

17      Q    Okay.  So I see four things circled.

18      A    Uh-huh.

19      Q    And starting at the top, this is on what

20   you've designated as outside.

21      A    Uh-huh.

22      Q    And it looks like you've designated it as

23   approximately 10 inches away --

24      A    Right.

25      Q    -- from the PCB?
```

Paul Castellano

```
 1      A      Right.

 2      Q      And it says door lamp.  And that's the first

 3   one I see that's circled.

 4      A      Uh-huh.

 5      Q      Then I see one that appears to be just inside

 6   the little dotted line dividing inside from outside and

 7   it says neutral for ice maker?

 8      A      Uh-huh.

 9      Q      And it looks like it's approximately 3 inches

10   from the PCB?

11      A      Uh-huh.

12      Q      And then I see two way down here at the bottom

13   of the page and one says 3-1/2 and one says 7?

14      A      Uh-huh.

15      Q      And those say remained inside enclosure

16   arcing; is that correct?

17      A      Uh-huh.

18      Q      Okay.  Is that all of the arcs to the

19   refrigerator?

20      A      No.

21      Q      Okay.  So where are the other arcs?

22      A      Well, there's another -- as I stated earlier,

23   there's another diagram with an expanded view that show

24   other points of arcing.

25      Q      Okay.
```

Paul Castellano

```
 1        A     And I could find that for you if you'd like.

 2        Q     Is that this second page or something else?

 3        A     Yeah, this is the page.

 4        Q     Same drill, please.  Thank you.

 5        A     Now, some of these refer back to the other

 6   page.  So I'm going to circle new arcs.

 7        Q     So those are only new that you circled?

 8        A     Yeah, these are new because the other ones --

 9        Q     I'm going to borrow Chris' blue pen because

10   black's not going to help too much.

11        A     Yeah, these are all new on this page.

12        Q     Right.  So on the first four arcs, are they

13   also on that page?

14        A     No.  These are all -- this is all part of

15   the --

16        Q     I gotcha.  I'm with you.

17              So it looks like six of these are on the line

18   in and the neutral?

19        A     Uh-huh.

20        Q     And then there's one near the PCB?

21        A     Uh-huh.

22        Q     What circuit is that?

23        A     Let me look at the diagram.  I don't remember.

24              The door lamp circuit.

25        Q     All right.  So you've identified a total of
```

Paul Castellano

1    like 11 arcs in the fridge; correct?

2        A    Right, right.

3        Q    Okay.  Which one do you contend started this

4    fire?

5        A    The arc on the line and neutral closest to the

6    PCB on the other -- on the other sheet was the initial.

7    So --

8        Q    Wait.  Which one?  The 3-inch for the ice

9    maker?

10       A    No.  If you go down to the bottom of the

11   document or page and you see there's two wires that are

12   not associated with the PCB because they've become

13   desoldered --

14       Q    Correct.

15       A    -- they're still attached to their connector

16   pins, but they were desoldered by the heat and were

17   found loose inside the enclosure.

18       Q    Okay.

19       A    And the line and neutral is where I believe

20   the problem started.

21       Q    Okay.  So these two at the bottom here that

22   you're pinpointing are 3-1/2 inches and 7 inches from

23   the PCB; right?

24       A    Uh-huh.

25       Q    Remained inside the enclosure of the PCB?

Paul Castellano

```
 1     A     Well, they're 3-1/2 and 7 inches from the pin.

 2     Q     I'm sorry.  From the pin.

 3     A     So that doesn't necessarily mean -- they're

 4  routed in such a fashion where they didn't necessarily

 5  have to be 3 and 7 inches away from the PCB because one

 6  may have been curled around, so they're at some point

 7  away from the PCB at least 3 inches.

 8     Q     Okay.  And those are the ones that you contend

 9  started the fire?

10     A     I believe that the line and neutral had a

11  defect that started the fire.  Now, whether -- so

12  there's material that may have been lost in the sense

13  that you've got segments of wires.  So the ones that are

14  closest to the PCB, which are those two that we've just

15  pointed out, is the probable point where the fault

16  occurred.

17     Q     Okay.  And of those two, which one?

18     A     Well, the line and neutral, one of them

19  supplies power to the circuit board, one of them is the

20  neutral, so it's the current path.  It's -- I don't have

21  the exact -- I can't pinpoint which one because the

22  evidence of what exactly happened is not there.  I

23  contend that the strands of the conductor at some point

24  had broken and had severed at some point in time, and

25  over time what we have is essentially an overload
```

Paul Castellano

```
 1    condition on those conductors.  So you've got either one

 2    or the other.  You've got current going to the PCB,

 3    okay, you've got strands that have broken, and so now

 4    you've derated the ampacity of those conductors and so

 5    they overheat over time and there is where the problem

 6    began.

 7         Q    Okay.  Do you have photographs that can show

 8    me these arcs?

 9         A    Yeah.  I believe there's -- in the summary it

10    shows those two.  There's 3-1/2 and the 7.  The one on

11    the top is the 3-1/2.  The one on the bottom is the

12    7-inch.  Are you looking for a better --

13         Q    Yeah, I thought I saw --

14         A    There's -- I may not have printed them both.

15         Q    7?

16         A    That's the 7, I believe.  Yeah, that's the

17    7-inch.

18         Q    So was this grounded?

19         A    Was that grounded?

20         Q    Yeah.  Or was the fridge grounded?  I'm sorry.

21         A    The fridge was not grounded.

22         Q    Why not?

23         A    Because there was a ground-defeating adapter

24    on the power cord.

25         Q    Okay.  If your theory is right about this
```

Paul Castellano

1    being the point of origin of the fire within the fridge,

2    would a grounded fridge have this same problem?

3        A    Yes.

4        Q    Why?

5        A    Because I'm talking about the line and the

6    neutral, I'm not talking about the ground.  The ground

7    is a separate conductor altogether.  This is a neutral

8    conductor, which is the return current path.

9        Q    So on here could you please -- I'm going to

10   hand you this little red china marker -- show me where

11   the arc is?  That's the 7-inch; right?

12       A    Well, let me look at --

13       Q    I'll tell you what, while you're doing that,

14   let me see it back.  I'm going to put a sticker here and

15   mark this as Defense Exhibit 6, a photograph of the

16   7-inch conductor, which in your --

17       A    I think I gave you my photograph from my

18   summary.

19            (Exhibit No. 6 was marked for identification.)

20       BY MR. HOOKS:

21       Q    Yeah.  Okay.  I'll hand it back to you.  This

22   is what's designated as No. 11 in your report, I

23   believe; right?

24       A    Right, exactly.

25       Q    Okay.

Paul Castellano

```
 1      A    So that's the 7-inch.

 2      Q    All right.  Okay.  And then I guess at the

 3   next break we need to get a picture of the --

 4      A    Yeah.

 5      Q    -- 3-1/2.

 6      A    I thought I had included it in there, but I

 7   guess I didn't.

 8      Q    We'll wait until we've got both and then we'll

 9   come back to that specific issue --

10      A    Uh-huh.

11      Q    -- if that's all right, at least in the most

12   specific.

13      A    Okay.

14      Q    Do you have a more zoomed-in shot of this, by

15   the way?

16      A    I may.  I mean, I can look and then we can get

17   back to that or do you want to --

18      Q    At a break we'll do both those pieces.

19      A    All right.

20      Q    I guess in the general sense, though, what's

21   your basis for the conclusion this is an arc and not

22   melting or --

23      A    Because it has characteristics of an arc.

24   It's got the line of demarcation between the strands and

25   the globule.  And I can try to find a better photograph.
```

Paul Castellano

1        Q      Yeah.

2        A      I apologize.

3        Q      We're going to have to wait.  I can't see

4    anything.

5        A      That's just the one that was in the report.

6    That's why I printed it.

7        Q      Now, you've identified that as an arc.  Let me

8    ask this:  Would the same rationale, just so we can

9    cover some more ground, apply in every way to the 3-1/2-

10   inch conductor?

11       A      Yes.

12       Q      So the reasons you would give are the same for

13   both?

14       A      Yes.

15       Q      So why did this conductor arc?

16       A      The conductor arced -- the most likely and

17   probable reason why it arced was because the -- and I

18   say all that preface because I don't have the physical

19   evidence of what I'm about to say, but what I believe

20   happened was that at some point this harness had been

21   damaged and the strands -- a harness can get damaged in

22   a couple different ways.  Just the insulation can be

23   damaged or the mechanical damage can actually sever some

24   of the strands in a stranded conductor.  And at the

25   point where the strands are then severed, you now

Paul Castellano

```
1   derated the ampacity of that conductor.  And so -- I'm
2   sorry.  You were about to say something?
3        Q    Yeah.  I was just going to ask, would you
4   explain the phrase "derated the ampacity" in layman's
5   terms?
6        A    Yeah.  So a conductor, say an 18-gauge
7   conductor, is rated at a certain current for a given
8   temperature.  Okay?
9        Q    Okay.
10       A    So a smaller conducted obviously is rated at a
11  lesser current than a larger conductor.  And also the
12  insulation plays a role in rating.  But if you have less
13  material, less metal, less copper, that is, then you
14  have less ability to carry current through the
15  conductor.  And so now you've severed the strands of the
16  conductor, okay, and now you don't have the ability to
17  carry the current you once had of that particular
18  conductor.
19       Q    And how did the strands sever?
20       A    Mechanical damage can occur in a conductor by
21  being bent, stepped on, broken, pinched, having
22  something rest on top of it at some point in its life.
23  And so I cannot say exactly how the strands got severed.
24       Q    Okay.
25       A    I only can come to the conclusion that is the
```

Paul Castellano

```
 1   most likely and probable way that this conductor failed.

 2        Q    So let me make sure now.  This is part of the

 3   wiring harness; right?  Is it part of the wiring

 4   harness?  I can't quite tell.

 5        A    It's part of the wiring harness.

 6        Q    Which means that it's encased in foam --

 7        A    Uh-huh.

 8        Q    -- of probably more than an inch thick; right?

 9        A    Yeah.

10        Q    Is that right?

11        A    Yeah.

12        Q    In a fridge that's 19 or so months from the

13   date of sale?

14        A    Uh-huh.

15        Q    Who knows how much further before that it was

16   manufactured; right?

17        A    Right.

18        Q    And your contention is that it was physically

19   mechanically damaged?

20        A    Prior to being installed in the refrigerator.

21        Q    Prior to being installed in the refrigerator?

22        A    Uh-huh.

23        Q    And that 19 months, 19-plus months passed?

24        A    Uh-huh.

25        Q    And then in the middle of the night the
```

Paul Castellano

```
 1   severed strands that were brought about by some sort of

 2   manual damage --

 3        A    Uh-huh.

 4        Q    -- suddenly arced?

 5        A    Well --

 6        Q    Or what?

 7        A    -- if a conductor is damaged, depending on the

 8   severity of damage, the number of strands that are

 9   broken, the ampacity becomes derated and it --

10        Q    You're still using that phrase.  I apologize.

11   I'm not trying --

12        A    I'm sorry.  That's the only phrase I know how

13   to --

14        Q    Well, I still don't know what's being --

15        A    So the current-carrying capability of the

16   conductor, is that --

17        Q    Yes.

18        A    So the ability for the -- 18-gauge conductor

19   is rated at so many amps and now it's not anymore

20   because it doesn't have the same number of strands that

21   it had before making connection.  Okay?

22        Q    Okay.

23        A    So now it's no longer able to carry all of the

24   current that it did.  So you can take it to the extreme

25   and if you cut all of the strands, you have no
```

Paul Castellano

```
 1    current-carrying capability.

 2         Q    Correct.

 3         A    Somewhere in between you have some strands

 4    that are intact and it has some percentage of its

 5    original current-carrying capability.  Okay?  So the

 6    refrigerator draws current.  It has a compressor, it has

 7    other components that draw current.  What I'm contending

 8    is that these strands were broken at some point in time

 9    before it was installed, okay, and that those broken

10    strands caused this conductor to overheat.  Okay?

11         Q    Uh-huh.

12         A    And the overheating of the conductor did not

13    occur immediately; in other words, it didn't just

14    overheat and fail.  It took time for it to overheat and

15    for other processes to occur that led to what happened

16    on the day of the fire.

17         Q    Okay.  So if I'm following right, it sounds to

18    me like what you're saying is that this is a defect that

19    occurred during the manufacturing process?

20         A    Right.

21         Q    Okay.

22         A    Well, let me back that up.

23         Q    Okay.

24         A    During the -- it could be during the

25    manufacturing process.  It could have happened on the
```

Paul Castellano

1  harness before it was ever -- I mean, it happened at

2  some point between the time the harness was manufactured

3  or during the manufacture of the harness and the

4  delivery of the refrigerator, so in that time span.

5      Q    Okay.  Can I safely assume that means that

6  this is not something you contend is a defect in the

7  design of the refrigerator?

8      A    I would say that I can't say that it's not

9  because I would consider the -- when you're designing

10  something, you consider the manufacturing implications.

11  So maybe there was a design that led to this harness

12  being damaged.  I mean, I can't say that for sure.  I

13  don't know all of the intricacies of the design of the

14  LG refrigerator.

15      Q    So you're not speaking to design; is that

16  right?

17      A    I'm saying that the harness was damaged at

18  some point between its manufacture and the time it was

19  delivered.  Now, whether the design played a role in

20  that damage, you know, I can't speak to that because I

21  don't know their -- the steps of their design and how

22  that works.

23      Q    I understand.  So I take that to mean your

24  opinion is not premised upon a faulty design or a

25  defective design, right, it's premised upon physical

Paul Castellano

1    damage to the harness in the process of manufacturing?

2         A    It's a result of physical damage to the

3    harness and it could be a process of the manufacturing

4    of the harness or the installation of the harness.

5         Q    Is there any way in which this damage could

6    have occurred after it was delivered to the customer?

7         A    To my knowledge, there was no service work

8    done on the refrigerator, so the customer could not have

9    done it.  And if no one was -- it couldn't have been

10   done unless somebody went into that compartment, which,

11   to my knowledge, no one has serviced the control panel

12   or done anything such as that.

13        Q    Okay.  And, again, all we've just discussed,

14   you would say the same thing applies to the 3-1/2-inch

15   conductor as it does for the 7-inch?

16        A    Well, the failure -- I mean, I need to

17   elaborate on that.  It's not just a yes or no answer.

18   So if you want me to do that --

19        Q    Yes, please.

20        A    Okay.  One conductor is the power and one is

21   the neutral.  Okay?

22        Q    Uh-huh.

23        A    So if damage occurred to one or the other,

24   then you're interrupting the current flow to the control

25   panel, interrupting meaning you're not allowing the

Paul Castellano

1    conductors to do their job essentially, not conduct all

2    of the current they need to conduct.  And so on one or

3    the other you get an overheating or an overload

4    situation.  And it could have occurred on one or the

5    other because it's a current loop.  So that I guess

6    answers your question, it could have been one -- so what

7    I'm saying is that both -- either one of them could have

8    been the initial damage or it could have been on both.

9         Q    Right.  Well, is it plausible to believe that

10   this occurred simultaneously across two different

11   conductors?

12        A    What I mean is if a harness gets damaged, it's

13   possible that more than one wire in the harness was

14   damaged at the time it was damaged.

15        Q    Okay.  But not that they arced at the same

16   time; right?  You're not contending they arced

17   simultaneously, do you?

18        A    No, I'm not.  I'm not contending that there

19   were two separate events that occurred simultaneously.

20        Q    What you're saying is that one of these is the

21   cause of the arc, one of these is a result of that arc,

22   and you believe that it was one of those two, but

23   it's -- I don't know if you'd say impossible -- at least

24   difficult to determine which came first; right?  It's a

25   chicken/egg problem, isn't it?

Paul Castellano

```
1       A      In this situation they are -- the most likely

2   scenario is that you do have a cause arc and another arc

3   that occurred as a result of the fire that started; yes.

4       Q      Okay.

5       A      Well, the reason I'm saying that is because we

6   have some other arcs that we can look at that did occur

7   at the same time because they arced together -- in other

8   words, they made contact together and -- well, I can't

9   say that for sure about these two because --

10      Q      I just want to make sure.  These are what

11  you're saying are the cause?

12      A      Yes, yes, yes.

13      Q      And the others that arced together, whatever,

14  those are all results of the fire, are they not --

15      A      That's correct.

16      Q      -- in your opinion?

17      A      That's correct.

18      Q      So let's work off the assumption for the

19  moment that this and/or the other 3-1/2-inch conductor

20  is the arc that's the arc at fault and it's the one

21  that's the cause of the fire.  So I guess I have sort of

22  a general question.  Is an arc a competent ignition

23  source?

24      A      Arc is a competent ignition source if it has

25  the other factors that it needs or the other variables
```

Paul Castellano

```
 1    it needs, which is fuel and oxygen.

 2        Q    And?

 3        A    And heat.

 4        Q    And time?

 5        A    And energized, of course.

 6        Q    And time?

 7        A    And time.

 8        Q    And have you done any kind of analysis to

 9    determine whether or not the surrounding material was of

10    a type that would ignite?

11        A    Yes.

12        Q    Okay.  And what analysis did you do?

13        A    Very simple analysis, just actually saw --

14    made a determination that it would ignite just by --

15    through an open flame and --

16        Q    That what would ignite?

17        A    Using -- I'm sorry.  Let me back up.  You

18    asked if the material around it, if I did any kind of

19    analysis that it would ignite?  That was the question?

20        Q    Yes.

21        A    So the material surrounding it, I confirmed

22    that it would ignite from an open flame.

23        Q    Okay.

24        A    I confirmed that it would ignite from an arc.

25        Q    Okay.
```

Paul Castellano

```
1        A    So there's -- that's what I did confirm.

2        Q    Now, what was the surrounding material?

3        A    It was insulation, thermal insulation.  I

4   don't know what it's composed of.

5        Q    Okay.  Now, do you contend that there was wire

6   insulation around the wiring?

7        A    There was wire insulation around the wiring,

8   yes.

9        Q    What kind of wire insulation was it?

10       A    A PVC insulation.

11       Q    And what was its rating?

12       A    I don't recall the rating of this particular

13   wiring.

14       Q    Okay.

15       A    When you say its rating, are you talking about

16   its --

17       Q    Temperature rating.

18       A    Temperature.  I don't recall what it was.

19       Q    Did you look?

20       A    I do not recall if I looked at the temperature

21   rating of the harness.

22       Q    Okay.

23       A    Well, in all honesty, it's -- this is an

24   overload situation.  Okay?

25       Q    Uh-huh.
```

Paul Castellano

1      A      And the conductor inside the insulation

2  becomes overheated and it's going to go way beyond the

3  thermal temperature rating of most conductor insulations

4  definitely that would be in there for a wire harness.

5      Q      Okay.

6      A      So that's what I'm contending is that the

7  conductor itself overheated the insulation beyond any

8  reasonable temperature rating.

9      Q      Okay.  So then the surrounding beyond that is

10  you've got the thermal insulation, the foam insulation;

11  right?

12      A      Uh-huh.

13      Q      And it's encased within the foam?

14      A      It is at the point where the harness is, but

15  not necessarily at the point where the harness enters

16  the control panel.

17      Q      Right.  But --

18      A      We're very close to the opening.

19      Q      -- this is where the arc is?

20      A      That's right at the opening of the control

21  panel.

22      Q      Okay.  Well, wait a minute now.

23      A      Is it in --

24      Q      Where --

25      A      What I said earlier was that that is not to

Paul Castellano

1   scale and that the arcs were found right at the point

2   where the opening of the control panel is.

3        Q    So is it inside the panel or is it outside the

4   panel?

5        A    I can't say for sure because I don't know how

6   the wire exactly was routed in the panel.

7        Q    Okay.

8        A    So, in other words, it could be -- all we see

9   is a segment of a wire that's loose.

10       Q    Uh-huh.

11       A    So the actual arc may have occurred just

12   outside or just inside.

13       Q    So is it your contention that the fire started

14   because of an overload resistance-type problem or

15   because of an arc?

16       A    The fire started because of an arc, not an

17   overload resistance.  I think that the overload

18   resistance is what led to the arc, but that's not

19   what's -- it's not a situation where the wire overheated

20   and ignited.

21       Q    Okay.  So are you able to say with any

22   scientific support that this wire was or was not inside

23   of the foam insulation?

24       A    I can't because I don't know the -- I don't

25   know where the foam insulation ended.

Paul Castellano

1      Q    Okay.

2      A    In other words, I don't know -- I wasn't there

3   inside the refrigerator before the fire started.  I

4   don't know at what point it then becomes open space into

5   the control panel.

6      Q    Let's assume hypothetically that this is

7   within the foam.  Okay?  Is it possible for an arc of

8   this nature to ignite at the point of an arc not only

9   going past whatever insulation is around the wire and

10  then igniting the thermal insulation?

11     A    I didn't catch that.

12     Q    Okay.  Is it possible that an arc of this type

13  could ignite thermal insulation from inside of it?

14     A    From inside the foam?

15     Q    Yes.

16     A    Well, not if it's encased in the foam.  Then

17  there's no oxygen.  If it's encased without oxygen, it

18  can't immediately ignite unless something happens where

19  it lets oxygen in or some -- essentially, yeah, if it

20  lets oxygen in, then it could, but not if it's encased.

21     Q    Can you say that it was or was not encased in

22  the foam?

23     A    No, I can't, because I don't know where the

24  foam ended.

25     Q    So if it's encased in the foam, then your

Paul Castellano

```
1    theory doesn't work, does it?
2         A    Well, no, no.  It can't be encased in the foam
3    because it has to have oxygen.  But that doesn't mean
4    that something didn't occur.  So the wire overheats,
5    okay, and it melts the thermal insulation around it.
6    When I say "thermal insulation," I'm talking about
7    conductor insulation.  It begins to melt that insulation
8    and eventually chars that insulation from the heat from
9    the conductor.  Okay?  Now, while that's occurring,
10   there may be damage that occurs to the thermal
11   insulation.  And then it's kind of a smoldering effect
12   with the thermal insulation and allows oxygen in.  So
13   just because it was originally encased in foam doesn't
14   mean that at the time of the ignition it was also
15   encased in foam.
16        Q    But you don't have any evidence to show that,
17   do you?
18        A    No.  You're asking me a question of
19   hypotheticals and I'm answering you hypothetically.
20        Q    That's fine.  I want to understand.  I just
21   want to understand that -- that's a possibility I guess
22   is what you're saying?
23        A    Yeah.
24        Q    But there's no basis for it?
25        A    No, what I'm saying is that the big picture is
```

Paul Castellano

1  that this is a competent ignition source, what I have

2  stated, okay, based on the area of origin.  Okay?  It's

3  the only competent ignition source in the area of

4  origin.  So in that sense this is probably what happened

5  is what I'm saying.  Now, when you say it's possible, I

6  don't think that takes into consideration the entire

7  investigation.

8       Q    Okay.  So what kind of arc is this?  I mean,

9  what would you call this arc?  How would you

10  characterize it?

11      A    I would call it -- I think what happened was

12  that the insulation around the conductor became damaged

13  as a result of the overheating of the conductor and

14  eventually became charred and eventually arcing occurred

15  through the char.  Okay?

16      Q    Uh-huh.

17      A    And then eventually the char deteriorated to

18  the point where you eventually had direct contact from

19  the power to neutral.

20      Q    So are you calling it arc through char then?

21      A    I think that at some point -- I know at some

22  point it did arc through char, but I think what we're

23  looking at here is a direct arc from power to neutral.

24      Q    Is it your opinion that between the 3-1/2- and

25  the 7-inch conductors, whichever one came first, would

Paul Castellano

```
 1   you say that the next one followed in rapid succession?

 2       A    I can't say that for sure.  I think it would

 3   take some time, you know.  When you say rapid

 4   succession --

 5       Q    I mean, do you think it was the next arc to

 6   occur?  Whichever one didn't arc the first time,

 7   whichever one didn't arc first, was it the second arc?

 8       A    I'd say it's possible.  There's other arcing

 9   in there, as you can see, and they could have also

10   occurred.

11       Q    So you don't have sort of an order of

12   succession of arcs, do you?

13       A    No.

14       Q    So they could have --

15       A    Well, I do to some extent.  I know that the

16   arc that occurred on the other page occurred after.

17       Q    The wiring harness?

18       A    Yes; as the harness feeds into the

19   refrigerator.

20       Q    So the seven arcs on the wiring harness are a

21   result of the fire; correct?

22       A    Well, some -- yes, yes.  As the wire harness

23   goes down, yes, those are a result of the fire.

24       Q    I'll tell you what, let's do this:  Let's take

25   a quick break.  See if you can get me a better picture.
```

Paul Castellano

```
 1        A    Of which one?

 2        Q    Let's see if we can get a picture of the other

 3   arc and see if we can get a zoomed-in picture of both of

 4   them because I'm not able to see very well and I'd like

 5   to have a better picture.

 6             (Short recess.)

 7             MR. HOOKS:  Let's go back on record here.

 8             (Exhibit No. 7 was marked for identification.)

 9   BY MR. HOOKS:

10        Q    Mr. Castellano, I'm going to hand you -- and I

11   don't know what order these are in so we'll figure it

12   out one at a time.

13        A    Okay.

14        Q    First of all, this is marked Defendant's

15   Exhibit 7.

16        A    Okay.

17        Q    Can you please identify what that is for me?

18        A    Okay.  So this is the 7-inch conductor.

19        Q    All right.  I'll tell you what, you hold onto

20   that.  Let me just mark it for myself here.

21             (Exhibit No. 8 was marked for identification.)

22   BY MR. HOOKS:

23        Q    Okay.  Let's go ahead and just get all these

24   out of the way.  So this is Defendant's Exhibit 8.

25        A    That's the 3-inch.
```

Paul Castellano

```
1        Q    3 or is it 3-1/2?

2        A    3-1/2.  I'm sorry.  Do you want me to write it

3   on here or do you --

4        Q    No.  I'm just making a note for myself so I

5   can keep track of what we're looking at.

6             (Exhibit No. 9 was marked for identification.)

7        BY MR. HOOKS:

8        Q    And then we've got one more photo that was

9   just brought to us.

10       A    Yeah.

11       Q    And this is Defendant's Exhibit 9.

12       A    Okay.  Exhibit 9 is a photo of a different arc

13  bead.

14       Q    Okay.

15       A    This is an arc bead that was on -- that's

16  documented on that arc map.  I didn't mean to print this

17  one, but now that we have it, I guess I have it.  It

18  corresponds to Photograph 9 in the summary and it's the

19  arc on the door lamp circuit.

20       Q    So if I'm understanding you right, the door

21  lamp circuit is necessarily not the cause of this fire

22  under your opinion; correct?

23       A    That's correct.

24       Q    So we'll put that out of the way.

25            So is this the most zoomed-in you've got on
```

Paul Castellano

```
 1    the 3-1/2-inch conductor?

 2         A    Yep.

 3         Q    All right.  Let's do this:  On your version,

 4    on your copy of Defendant's Exhibit 8 -- right?

 5         A    Uh-huh.

 6         Q    -- first of all, if you would circle -- hang

 7    on.  Wait, wait, wait.  I don't want to get too confused

 8    here.

 9              The photo that we were looking at a moment

10    ago, it's right here, okay, Defendant's Exhibit 6 --

11         A    6.

12         Q    -- here it is right here.  Comparing it, which

13    one is that?

14         A    It's Exhibit 7.

15         Q    Okay.  So Defendant's Exhibit 6 and

16    Defendant's Exhibit 7 depict the same thing, but 7 is a

17    zoomed-in version of 6?

18         A    Yes.

19         Q    Is the area depicted in Exhibit 7 what you

20    have circled on Defendant's Exhibit 6?

21         A    Yes.

22         Q    Okay.  All right.  Let me see No. 6 again,

23    please, if I may.  So on Defendant's 6 and on

24    Defendant's 8, the opposite ends of where I think you're

25    pinpointing arcs has something there.  What is that?
```

Paul Castellano

```
 1        A     That is the -- that pin that you see at the

 2   end of that conductor --

 3        Q     Okay.

 4        A     -- is what was soldered into the PCB, the

 5   printed circuit board.

 6        Q     Okay.  Yeah.  Now, when you say it was

 7   soldered in, your report says that something was

 8   desoldered, so was this the end that was desoldered from

 9   the board?

10        A     Well, this is the -- this is the end that was

11   desoldered from the board, correct.

12        Q     And what's that pin made of?

13        A     I don't know what the pin's made of.

14        Q     Do you know what its melting temperature would

15   be?

16        A     It's surrounded by solder, which has a much

17   lower melting temperature.

18        Q     What's the melt temperature of solder?

19        A     Somewhere around the neighborhood of

20   800 degrees.

21        Q     Do you know what it is that's surrounding the

22   pin just short of the actual end of it?

23        A     No.  I can't see in that picture.

24        Q     And you don't have any independent knowledge?

25        A     Well, this is part of a connector.  So the
```

Paul Castellano

1    harness plugs into the PCB by way of a connector.  Okay?

2        Q    Uh-huh.

3        A    Part of the connector is soldered into the

4    printed circuit board.  Okay?

5        Q    Uh-huh.

6        A    The other end of the connector is crimped onto

7    the harness and the two plug together.  So there's a

8    barrel end and there's a pin end that meet and make the

9    connection.

10       Q    Uh-huh.

11       A    So this underneath what we're looking at is

12   where the connection occurred.

13       Q    Okay.  And what's all the big bulky stuff,

14   though, in the end of that?  I mean, there's a lot of

15   material --

16       A    Remaining --

17       Q    -- that's surrounding it.

18       A    Remaining char.

19       Q    Char?

20       A    Remaining char.

21       Q    Is it possible it's insulation?

22       A    Well, I would say at that point right there

23   that it's most likely residue from the plastic

24   connector.

25       Q    Okay.

Paul Castellano

```
 1        A     Because it's right at the point where the

 2   plastic connector would be.

 3        Q     All right.  Let's do this:  On Defendant's

 4   Exhibit 8, if you would, just for clarity's sake, would

 5   you circle the arc?

 6        A     On 8?

 7        Q     On 7 and 8 actually.  So let's do this.  We'll

 8   start with 7.

 9        A     Uh-huh.

10        Q     So, again, like I did, same drill as earlier.

11   Now that we have a better view of it, how would you

12   characterize this arc?

13        A     The arc is a melted -- the remains of a melted

14   bead of copper that is porous, has -- you can see the

15   open pockets that are associated with it, and it has a

16   definite line of demarcation between the strands and the

17   body of the bead itself.

18        Q     So what makes it an arc?

19        A     All those things that I just mentioned.

20        Q     Okay.  You mentioned the line of demarcation?

21        A     Right.

22        Q     You mentioned some open pockets I think you

23   said?

24        A     Yes, that are characteristic of arcs.

25        Q     What else?
```

Paul Castellano

```
1        A     The melting of the copper.

2        Q     Wait, wait, wait.  Melting of copper can occur

3   with melting obviously so --

4        A     Well, but you asked what makes this an arc.

5        Q     Right.  I'm just making sure --

6        A     I'm listing the things that make an arc, and

7   melted copper --

8        Q     Agree.

9        A     -- is included in an arc.

10       Q     Are there any other features of this that make

11  it an arc or that distinguish it from melting?

12       A     The line of demarcation, the pockets, and the

13  melting copper are the two things -- of course, melting

14  copper could be either one --

15       Q     Right.

16       A     -- so it's definitely the line of demarcation

17  and the open pockets.

18       Q     Okay.  And that's all that you see?

19       A     In this photograph; yes.

20       Q     Well, is there some other photograph you've

21  got that better shows you --

22       A     No, no.

23       Q     Okay.  So this is the best evidence you have?

24       A     Uh-huh.

25       Q     All right.  That is Defendant's Exhibit 7.
```

Paul Castellano

1    Let's move to Defendant's Exhibit 8, which is right

2    here.  And how about that one?

3         A    I don't see the open pockets in this, but we

4    do see the line of demarcation.  And it's a little

5    harder to see in this photograph, but you can follow the

6    strands right up to the point where the globule is

7    located and the melted ball of copper and so there's a

8    definite line of demarcation right there between those

9    two.

10        Q    And how do you understand the idea of a line

11   of demarcation?

12        A    The copper is -- in the strands is -- has not

13   been deformed to the point where you have a smooth -- so

14   there's a difference between where the ball of copper is

15   and the strands of copper that approach that ball and

16   there's no gradual smoothening of the strands.  It then

17   abruptly becomes a ball of copper from the strands as

18   you progress towards the end of the segment, wire

19   segment.

20        Q    Okay.  Now, I want to make sure I've got

21   myself oriented back to where we are.  So one of these

22   conductors is on the power, one of these is on the

23   neutral; correct?

24        A    Uh-huh.

25        Q    One of these is the power conductor --

Paul Castellano

```
1        A    Into the PCB, correct.

2        Q    -- into the PCB?

3        A    The line and the neutral into the PCB.

4        Q    So it's not the line from the PCB to a

5   component, it's the line from the power source to the

6   PCB?

7        A    Correct.

8        Q    Okay.  I may come back to some of this, but

9   I'm just trying to keep going as best I can.

10       A    Okay.

11       Q    Are you in a position where you can opine on

12  what fuel first ignited?

13       A    I can opine on the ignition sequence.

14       Q    Okay.  I'd love to hear it.

15       A    As I stated earlier, the damaged conductor

16  overheats.  It begins to soften the PVC insulation to

17  the conductor from the heat.  As time goes on, it

18  softens further and at some point it begins to char from

19  the ongoing heat from the conductor.  At that point,

20  once the insulation has charred, it then begins to

21  conduct between the conductors so you get actually a

22  current path that occurs through the char from line to

23  neutral.  At that point it begins to arc through that

24  path and further degrades the insulation.

25            And at that point you have -- at that point
```

Paul Castellano

```
 1    you have the insulation further degrading to the point
 2    where the line and the neutral make contact with one
 3    another and create an arc that then ignites the
 4    remaining insulation, the carbonized insulation that's
 5    in the immediate vicinity and the thermal insulation
 6    that is in the area.  And when I say "thermal
 7    insulation," I'm referring to the refrigerator's
 8    insulation.
 9        Q    The foam insulation?
10        A    The foam insulation, yes.
11        Q    So I think we already mentioned this, but your
12    opinion then necessarily requires that this area of
13    arcing is not encased in the foam insulation; correct?
14        A    Not initially.  As I stated earlier, the foam
15    insulation can be damaged by the heat from the event
16    that is taking place to the point where it creates a
17    void in that area.  And because there's an opening to
18    the PCB, there is a path for air to get into that point.
19            So your question was does it -- is it based on
20    it not being encased.  I'm not saying at this point it
21    wasn't at some point at least, you know, possibly
22    partially or fully encased, but it's not predicated on
23    that.  So it doesn't mean that if that wasn't that way
24    at some point that it couldn't have -- those things
25    could not have changed as a result of the overheating of
```

Paul Castellano

```
 1   the conductor.

 2        Q    The fifth bullet of your electrical summary,

 3   at the bottom of the first page and the top of the

 4   second page, it begins the very, very long bullet point

 5   and it discusses an examination of the wire harness

 6   revealing evidence of electrical arcing on two

 7   conductors just above the point where the harness

 8   branched into two harnesses.

 9        A    Uh-huh.

10        Q    Is the arcing there what you're referring to

11   here or --

12        A    No.

13        Q    -- is this different?  This is not.  Okay.

14        A    This is the arcing that is down lower in the

15   harness.

16        Q    So that arcing plays no role in this other

17   than being a result of the fire --

18        A    Right.

19        Q    -- right?

20             Okay.  The last sentence on page 1 that spills

21   into page 2 says:  Additional evidence of electrical

22   arcing was discovered closer to the PCB on both the

23   power and neutral conductors.

24        A    Uh-huh.

25        Q    Is that this arc?
```

Paul Castellano

```
1          A     Wait.  Where are you looking at?

2          Q     The bottom of 1, start of 2, last sentence of

3    1.

4          A     Can you point to where you're looking at?

5          Q     Yes.  I'm sorry.  "Additional evidence of" on

6    page 1.

7          A     Additional evidence of.  I apologize.  Where

8    exactly are you referring to?  I apologize.

9          Q     That's fine.  I've highlighted it, poorly.

10         A     Additional evidence.  Sorry.  That's correct.

11         Q     Okay.  Is this our arc that you're talking

12   about?

13         A     Yes.

14         Q     And then it says:  A small segment of a

15   conductor was discovered with evidence of electrical

16   arcing on both ends.

17         A     Uh-huh.

18         Q     Is this a third arc or is this this arc again?

19         A     This is just a segment of a conductor.  It was

20   loose.  This is not one of those two arcs.

21         Q     Okay.  Okay.

22         A     So I couldn't identify where exactly it came

23   from.

24         Q     That's fine.  Okay.  So then the first I guess

25   you call it subbullet describes evidence of electrical
```

Paul Castellano

1    arcing on the door lamp circuit --

2         A    Right.

3         Q    -- approximately 10 inches from the PCB.  My

4    understanding from what you're saying today is that is a

5    result of arcing and fire, not a cause; right?

6         A    Right.

7         Q    The next one discusses 3 inches away from the

8    PCB some arcing on the ice maker.

9         A    Uh-huh.

10        Q    You're saying that's not a cause?

11        A    That's right.

12        Q    The next section says:  A 3-1/2-inch section

13   of the conductor PCB mount to terminal attached on one

14   end and evidence of electrical arcing on the other was

15   identified.

16             This is what you called --

17        A    Yes.

18        Q    -- one of the two possible arcs?

19        A    Right.

20        Q    And then the next one describes a 7-inch

21   section of a conductor with electrical arcing on one

22   end.  That's the other possible arc; right?

23        A    Uh-huh.

24        Q    Do you have any physical evidence whatsoever

25   to tell you which one this is?

Paul Castellano

```
1        A    Which is which?

2        Q    Yeah, which one actually arced first.

3        A    No, no.

4        Q    So any conclusion that you're making between

5   the two of those would be pure speculation?

6        A    As far as which one came first?

7        Q    Of those two, yes.

8        A    Yeah, because we don't know which is which.

9   They're two loose pieces.

10       Q    Right.

11       A    That one could have been the neutral, one

12   could have been the line.

13       Q    You next describe:  A conductor with a PCB

14   mount terminal attached on one end was identified.  The

15   connector was routed toward the wire harness and

16   terminated connector.  No evidence of electrical arcing.

17   And it had desoldered from the circuit board as well.

18            It's not at issue; right?

19       A    Right.

20       Q    You have no opinions whatsoever?

21       A    It's in that note.  It shows a conductor that

22   was identified, just as it states, with the pin attached

23   that did not have any arcing on it.

24       Q    Okay.  Two conductors for the water dispenser,

25   do those play into your opinion of cause?
```

Paul Castellano

```
 1        A    No.

 2        Q    Two conductors that are the line and neutral

 3   for the compressor, do they play into your determination

 4   of cause?

 5        A    No.

 6        Q    Three positions on the PCB were identified

 7   that represent point of connection for the ice maker,

 8   line in, and neutral.  Do those play any role in your

 9   determination of cause?  There's a line and a neutral --

10        A    No, they didn't.

11        Q    -- so I want to make sure that's not what

12   you're dealing with.

13        A    That's not the ones, no.

14        Q    So that's not it.

15        A    Yeah, because this is for the ice maker.  So,

16   no, they're not.

17        Q    All right.  Next, this is the bullet at the

18   bottom of 2.

19        A    Uh-huh.

20        Q    The evidence of electrical arcing discovered

21   on the ice maker and door lamp circuits were evidence of

22   intense heat sufficient to cause ignition.

23        A    Right.

24        Q    So this is the first place that we've seen any

25   reference to intense heat.  Is this the intense heat you
```

Paul Castellano

```
1    were discussing earlier?

2        A    This is the intense heat as associated with an

3    arc, yes.

4        Q    So you've described intense heat sufficient to

5    cause ignition on circuits that you have not identified

6    as your arc?

7        A    Right.

8        Q    So what's the significance of this?

9        A    Well, the -- the intense heat to cause

10   ignition is characteristic of an arc.  An arc does have

11   intense heat and it can cause ignition.

12       Q    Uh-huh.

13       A    I simply made reference to these two circuits

14   that are amongst the circuits in here that do have arcs

15   on them and that was the only intent there.  It was not

16   to pinpoint those two circuits as the arc circuits, as

17   the cause circuits.

18       Q    Okay.  The two conductors that you're pointing

19   to today, do you describe them anywhere as having

20   evidence of intense heat sufficient to cause ignition?

21       A    They have arcs on them so they do have --

22   exhibit evidence of intense heat sufficient to cause

23   ignition.

24       Q    Well, you said the evidence of electrical

25   arcing discovered on the ice maker and door lamp
```

Paul Castellano

1   circuits were evidence of intense heat sufficient to

2   cause ignition.  Where in this report are you

3   identifying the 3-1/2-inch section of a conductor and

4   the 7-inch section of a conductor as also being areas

5   that had evidence of intense heat sufficient to cause

6   ignition?

7        A    Well, they have evidence of electrical arcing.

8   And in order to have an arc event, you have to have

9   intense heat.

10       Q    Okay.  So what is the point of saying this

11  again?  Try to explain it to me one more time.

12       A    Well, in this bullet I'm describing that an

13  arc has intense heat sufficient to cause ignition.  And

14  I simply referenced two of the circuits of all of the

15  circuits that do have arc -- evidence of arcing on them.

16  As it goes into the body of that paragraph --

17       Q    I'm looking for where it says, for example,

18  the ice maker and door lamp circuits.  Sir, this is a

19  report that we are supposed to be able to use to try to

20  assess your opinions in order to prepare to depose you

21  and further follow up.  And what I'm trying to see is

22  where in here have you told me or anybody reading this

23  report where your actual cause and conclusions are

24  coming from.

25       A    What I'm simply saying in this bullet item is

Paul Castellano

```
 1   that the electrical arcs do have intense heat sufficient
 2   to cause ignition.  And I made reference to two of the
 3   circuits.
 4        Q    Where do you say that evidence of electrical
 5   arcs generally are evidence of intense heat sufficient
 6   to cause ignition?
 7        A    Oh, I don't say it in the report.
 8        Q    Right.
 9        A    Electrical arcs do have intense heat that is
10   sufficient to cause ignition.
11        Q    Let me see.  Let me follow up.  How much heat
12   do you think the arcs -- and I guess we're going back to
13   the 3-1/2- and 7-inch sections of the conductor -- how
14   much heat do you think they created over time?
15        A    Let me be clear that I do feel that the 3-1/2-
16   and 7-inch conductors were the two conductors that
17   created the arc that caused ignition.
18        Q    Yeah.
19        A    So that there's no misunderstanding.
20        Q    Yes, I understand that.
21        A    Okay.  An arc can create an excess of 4, 5, 6
22   thousand degrees.  And whether it's a cause arc or a
23   victim arc, it's still going to create that intense
24   heat.
25        Q    Uh-huh.
```

Paul Castellano

1       A     So that answers your question.

2       Q     How much heat do you think they caused here?

3    Do you have any idea?

4       A     I believe that it was in the somewhere in the

5    neighborhood of 4 to 6 thousand degrees.

6       Q     What's your basis for that?

7       A     The basis for that is that is the temperature

8    that an arc creates.  I mean, it is in the thousands of

9    degrees.  I don't know the exact number, but I know that

10   it is in the thousands of degrees.  Obviously, copper

11   melts at over 2,000 degrees Fahrenheit so it's well

12   above that because we have a melted globule of copper at

13   the end of the wire segment.

14      Q     How long does an arc last?

15      A     On the order of microseconds to milliseconds.

16      Q     And your opinion is that that was enough time

17   for this arc to ignite the surrounding material,

18   whatever it may have been?

19      A     Yes.  I don't think that it necessarily had to

20   be one event that then once it occurred, it never --

21   there could have been an event that was an arc and it

22   made multiple -- let me back up.  Okay?  So we have a

23   situation where we have arcing through char.  Okay?  I

24   stated that earlier.

25      Q     Right.

Paul Castellano

```
 1      A     The insulation was damaged.  Arcing occurred

 2   through the char, it elevated the temperature of the

 3   conductor insulation and degraded it.  At some point

 4   this raise in temperature or this increase in

 5   temperature damaged the surrounding thermal insulation,

 6   conductor insulation, and eventually caused the

 7   conductors to make contact and produce an arc.  Now,

 8   once they did produce an arc, they could have made

 9   contact more than once.  Okay?  And so once you've got

10   multiple arcs, you can -- you have the ability to ignite

11   the surrounding insulation.

12      Q     And I know we discussed this, but I want to

13   make sure I'm fully understanding.  Everything you just

14   said is all on the line of what possibly could have

15   happened; correct?

16      A     Because I don't have direct evidence of what

17   happened to the wire harness.

18      Q     You don't have evidence, this is speculation?

19      A     To the wire harness I don't have evidence.

20      Q     And that's what we're talking about; right?

21      A     Yeah.

22      Q     So this is speculation?

23      A     What I've laid out is not speculation.  It's

24   well documented as to how an arc starts a fire.

25      Q     You are laying out a well-defined progression
```

Paul Castellano

1    that no one disputes, but you're starting with an

2    ultimate speculative cause, aren't you, that there's

3    been damage to this conductor over time and/or wiring

4    over time?

5        A    Well, I said in the beginning that damage to

6    the wire harness had to have occurred because we have a

7    competent ignition source in an area that is defined as

8    the area of origin.  So to answer your question, you're

9    asking me if I'm being speculative, given all of those

10   things that we know, it's not speculative.

11       Q    So, again, ultimately we're getting around to

12   the fact that this is premised on Mr. Ashcraft's

13   determination that the fridge is the area of origin?

14       A    Right.  Well, I mean, that's the premise for

15   identifying this as a competent ignition source.

16       Q    And when you say it's a competent ignition

17   source, define that for me.

18       A    A competent ignition source is a source of

19   heat with sufficient fuel and an oxidizing agent that

20   come together to ignite the fuel with the oxidizing

21   agent and the heat.

22       Q    So is an arc a competent ignition source?

23       A    It depends on if it has all of those factors

24   that I just described.  There has to be sufficient

25   fuel --

Paul Castellano

```
 1        Q    Let's assume it does.  Hypothetically, let's

 2   assume it does.

 3        A    An arc?  Well, it depends on -- not

 4   necessarily because you can get arcs that are very low

 5   in energy that don't have enough heat.

 6        Q    Okay.  I mean, it sounds to me like your

 7   determination is Mr. Ashcraft determined the area of

 8   origin.  You then, it sounds, went and said, well, let

 9   me find a competent ignition source in this area.  But

10   my question --

11        A    Well --

12        Q    Is that right?

13        A    Yeah.  I mean, that's -- if you have an area

14   of origin --

15        Q    Right.

16        A    -- and you're looking for the start of the

17   fire, you're looking for competent ignition sources.

18        Q    So if the area of origin was determined by

19   Mr. Ashcraft or someone else to be different, could one

20   find a competent ignition source there?

21        A    Well, there is possible ignition sources in

22   the kitchen.  I mean, if that's what you're getting at.

23        Q    Yeah.

24        A    There are other possible ignition sources.

25        Q    And they're competent, aren't they?
```

Paul Castellano

1       A    But Mr. Ashcraft has put the area of origin in

2   the southwest corner so we're looking at ignition

3   sources there.

4       Q    All right.  The second sentence of your bullet

5   at the bottom of page 2, going back to that, says:  Had

6   there been prior damage to the electrical insulation or

7   to the stranded connectors that made up the harness,

8   overheating of these conductors could have occurred over

9   time.

10          You've discussed that, haven't you?

11      A    Uh-huh.

12      Q    This is no different than what you've been

13  saying?

14      A    That's correct.

15      Q    And this is an assumption, isn't it?

16      A    Only to the extent that the insulation, that I

17  don't have the exact cause of the damage of the

18  insulation.

19      Q    So you know with certainty that the insulation

20  was damaged?

21      A    This couldn't have happened unless there was a

22  defect in the harness and damage to the insulation.

23      Q    So if the refrigerator was attacked by fire,

24  this could not have happened?

25      A    If the refrigerator was attacked by fire?

Paul Castellano

1        Q     Yeah.

2        A     But I'm not saying the refrigerator was

3   attacked by fire.

4        Q     I know.  You said it couldn't happen.  I'm

5   trying to make sure that you're saying that within the

6   parameters of your own opinion.

7        A     If the refrigerator was attacked by fire, then

8   there would be several things that may be different

9   based on the fire patterns and it may be a different --

10  in other words, the fire started near the control panel,

11  so at that point is where the arcing is.  I don't

12  understand your question, I guess.

13       Q     What I'm asking is aren't you simply telling

14  me that this couldn't have happened some other way

15  within the confines of your own opinion?  In other

16  words, your opinion, when you say it couldn't have

17  happened, that's not accounting for other possibilities,

18  including the fact that you and/or Mr. Ashcraft are

19  wrong?

20       A     If the fire had started in another point in

21  the kitchen and progressed to the refrigerator, there

22  could have been arcing in the refrigerator.

23       Q     Okay.  The next sentence says:  Damaged from

24  heat, the electrical insulation would have provided

25  sufficient fuel for ignition.

Paul Castellano

```
 1                  And you've said that previously today; right?

 2        A     Uh-huh.  Yes, I'm sorry, yes.

 3        Q     There's nothing to add to that; correct?

 4        A     Not to that sentence.

 5        Q     You said earlier something about an open

 6   flame, you tested something to see if it would ignite

 7   upon an open flame.  What were you testing?

 8        A     The thermal blown-in insulation in the

 9   refrigerator.

10        Q     Okay.  And how did you do that test?

11        A     That test was just done with -- I created an

12   open flame using a lighter.

13        Q     Okay.

14        A     And applied the insulation to the open flame

15   and it did burn.

16        Q     What insulation?

17        A     The thermal insulation from the refrigerator.

18        Q     Where did you get the thermal insulation from

19   the refrigerator?

20        A     I guess from a sample of the refrigerator

21   insulation.

22        Q     In other words, a piece of the foam insulation

23   was cut out of the refrigerator?

24        A     I believe so, yes.

25        Q     When did you conduct this test?
```

Paul Castellano

```
 1        A    I'd have to look at my notes and find out.

 2        Q    Was it after the lab exam at Donan?

 3        A    I believe so, yes.

 4        Q    Where did you get this foam insulation?

 5        A    You know, I've got to look at my notes.  I

 6   don't recall to be honest with you.  I believe --

 7        Q    Well, go look at your notes.  Go look at your

 8   notes.

 9        A    It's not in my notes.  I don't recall where I

10   got it.  It may have been from an exemplar.  I just

11   don't recall at the moment.

12        Q    Do you have any photographs of that test?

13        A    I don't.

14        Q    Any video?

15        A    No.

16        Q    Any notes from it?

17        A    No.

18        Q    How can you verify whether you did a test on

19   this foam insulation?

20        A    I'm telling you that I did.

21        Q    Okay.  And what's it from?  Is it from the

22   actual fridge or is it from an exemplar?

23        A    It can't be from the fridge.  I just -- I

24   didn't remember exactly, but --

25        Q    So did you order an exemplar?
```

Paul Castellano

```
1        A    I didn't order an exemplar.  I believe that

2   Mr. Ashcraft provided me with a sample to test.

3        Q    And what did he provide you with a sample of?

4        A    It was an insulation that was either matched

5   or was similar to because he indicated that the

6   insulation was something called cyclopentane, I believe.

7        Q    Okay.

8        A    And I believe he got a sample of that and

9   determined that it did -- it was combustible.

10       Q    So would Mr. Ashcraft be able to testify

11  further regarding this insulation?

12       A    I believe so.  I -- I don't recall.  You know,

13  I really don't recall exactly, but I believe he provided

14  me with a sample of some insulation that was similar to

15  the one in the refrigerator.

16       Q    And how did you verify that that was the same

17  thing as in the fridge?

18       A    I didn't.

19       Q    And don't your opinions largely hinge on that

20  being accurate as for this being combustible?

21       A    Yes, but I'm fairly certain that it is.

22  Either -- he told me that it was like the same type of

23  insulation and I'm pretty certain that it was.  He told

24  me it was.

25       Q    Okay.  So we'll check with Mr. Ashcraft on
```

Paul Castellano

```
 1   that.

 2           When did you do this, do you remember at all?

 3      A    It was probably not too long after the lab

 4   exam.

 5      Q    In Donan?

 6      A    Yeah.  It probably was in May or so.

 7      Q    What other investigative work, lab work,

 8   tests, studies, anything like that have you done outside

 9   the presence of other people in this case?

10      A    We did -- okay.  In May I was sent the

11   evidence in order to take an x-ray of the door circuit,

12   which I provided you with a copy of that x-ray.

13      Q    Okay.

14      A    And I did examine the wire harness at that

15   time.

16      Q    Okay.

17      A    And -- but did not do any kind of destructive

18   examination, just did an observation of the harness

19   itself.

20      Q    What were you looking for in the observation

21   of the harness?

22      A    Just able to document it more closely.

23      Q    Would that be where you took some of these

24   photographs?

25      A    Yes.
```

Paul Castellano

1       Q    So these weren't taken at the destructive

2   inspection at Donan --

3       A    Right.

4       Q    -- they were done later outside the presence

5   of the other parties?

6       A    They were done later, yes.

7       Q    By accessing the material that was in storage?

8       A    Yes.

9       Q    Last sentence of the second page:  Thermal

10  insulation, plastic components, the PCB, the wire

11  harness insulation, and the refrigerator's contents

12  represented sufficient fuel within the refrigerator to

13  sustain combustion.

14      A    Uh-huh.

15      Q    So you agree that all of those things are fuel

16  that only sustain combustion if combustion occurs;

17  right?

18      A    Yes.

19      Q    And it's not your opinion that that was the

20  only area of the kitchen that could sustain combustion

21  if combustion occurred; right?

22      A    Well, the kitchen was badly -- I mean,

23  severely damaged by fire and obviously there's

24  combustion sustained in the kitchen.

25      Q    Third page, last bullet point:  Examination of

Paul Castellano

```
 1    the ice maker, door lamp, water filter/dispenser, and

 2    defrost heater circuit revealed that damage to these

 3    components from heat was less severe than damage to the

 4    PCB.

 5              Okay.  So you talk about circuits and then you

 6    talk about components.

 7       A    Uh-huh.  Well, because there are -- there's

 8    plastic that is still remaining on, for instance, the

 9    ice maker.  The door lamp is still intact, the actual

10    bulb is intact.  Okay?

11       Q    Right.

12       A    So -- and the water filter/dispenser was also

13    partially intact.

14       Q    Right.  So when you say the examination of the

15    circuits revealed that damage to the components was less

16    than the PCB, you're referencing only, you know, the

17    general fact of other items that circuit into the PCB;

18    right?  You're not referring to the actual circuits?

19       A    Well -- that's correct.  In this bullet I'm

20    referring to the components.

21       Q    All right.  I just wanted to make sure because

22    I couldn't follow that right.  So the nut of that

23    sentence is that the ice maker, the door lamp, the water

24    filter/dispenser, and the defrost heater circuit were

25    less damaged from heat --
```

Paul Castellano

```
1      A    Right.

2      Q    -- than the PCB was?

3      A    Right.

4      Q    Okay.  And what's your basis for saying they

5    sustained less damage, just what you said, that the lamp

6    was still intact?

7      A    That the bulb was intact, the plastic was

8    still visible on the ice maker.

9      Q    And compare that to the PCB.

10     A    The PCB is -- several of the components are

11   charred and desoldered.  In some cases components are

12   removed from the PCB, they're not actually soldered in

13   the PCB anymore.  The plastic around the connectors is

14   completely deteriorated and melted.  So it looks like

15   there was more heat for a longer period of time in the

16   PCB, just -- that's my basis for that statement.

17     Q    Last sentence:  There was no evidence that

18   suggested a failure in any of these referenced

19   components caused a failure in the wire harness near the

20   PCB.

21     A    Right.  So, in other words, there was nothing

22   to suggest that something -- so the PCB, there was part

23   of the harness that went off and fed these other

24   components and there was nothing that I observed that

25   indicated that that circuit or those components caused a
```

Paul Castellano

 1   failure in the PCB.  There was no arcing.  There was no

 2   electrical damage anywhere.

 3       Q    Mr. Castellano, do you have a theory or an

 4   opinion, I should say, an opinion regarding how this

 5   fire manifested itself in the fridge?

 6       A    No.  When you say "manifested itself" --

 7       Q    In other words, your contention is that the

 8   arc occurred in the line end of the power --

 9       A    Uh-huh.

10       Q    -- from the power to the PCB?

11       A    Uh-huh.

12       Q    And your opinion is that it ignited the wire

13   insulation and it began to consume the thermal

14   insulation?

15       A    Uh-huh.

16       Q    Do you have an opinion regarding where the

17   fire progressed after that?

18       A    Inside the refrigerator?

19       Q    Yes, to start with.

20       A    Well, it's -- looking at the refrigerator, it

21   did progress, it did continue to burn the thermal

22   insulation, the refrigerator insulation, because you can

23   see a large void of insulation.  Right?  So it

24   definitely progressed in that direction.  The interior

25   of the refrigerator was damaged.  So I would say it

Paul Castellano

1   progressed in every direction from the PCB.

2       Q    And what qualifications do you have to make

3   any decision about spread of fire?

4       A    I'm not qualified to make decisions about

5   spread of fire.  I'm simply stating that there are

6   portions of the refrigerator that are burnt so the fire

7   must have gone in that direction and burnt those items.

8       Q    So is it fair to say that that's based on what

9   you're trying to perceive as a layperson?

10      A    Well, as far as fire spread, I don't -- I

11  don't suggest that I'm providing any kind of expert

12  opinion on fire spread.

13      Q    Okay.  To your knowledge, is Mr. Ashcraft

14  going to be testifying as to the way that the fire

15  propagated from the fridge?

16      A    I don't know.

17      Q    Okay.  Let's do this:  Let's pull up

18  Mr. Ashcraft's section of the report for just a minute.

19          MR. MORRIS:  Jonathan, before you go that way,

20      can we take about a five-minute break?

21          MR. HOOKS:  Yeah, that's fine.

22          (Short recess.)

23  BY MR. HOOKS:

24      Q    Mr. Castellano, we're going to direct your

25  attention to the beginning of the GHD report.  I'd just

Paul Castellano

```
 1    like to take a look at a few different things.  So on

 2    page 1, Summary of Findings, there's a bullet point

 3    which is No. 2, second bullet point:  Point of fire

 4    origin was determined to be at the refrigerator in the

 5    southwest corner.  This conclusion was supported by burn

 6    patterns and fire damage observed in the area of fire

 7    origin.

 8            That's not your conclusion, that's

 9    Mr. Ashcraft's; correct?

10        A    Correct, correct.

11        Q    Third bullet point:  The fire cause was

12    determined to be a failure of the refrigerator's

13    electrical system which ignited foam insulation and

14    plastic components before spreading to the combustible

15    secondary fuels in the area of origin.

16            Is that your opinion or Mr. Ashcraft's

17    opinion?

18        A    That is my opinion.

19        Q    Okay.  And it's yours only or do we need to

20    question Mr. Ashcraft about that?

21        A    Well, we kind of -- Mr. Ashcraft wrote that

22    but I agreed to it.  You know, I agree with that

23    opinion.

24        Q    Fifth page of the report under Origin and

25    Cause Analysis there are two bullet points at the
```

Paul Castellano

1    bottom, ninth and tenth bullet points.  They're right

2    before the thing that says Conclusions.  Do you see

3    that?

4        A    Yeah.

5        Q    The ninth bullet point says:  Later

6    examination of the refrigerator revealed electrical

7    anomalies which are considered as competent ignition

8    sources to ignite the foam and plastic materials within.

9        A    Uh-huh.

10       Q    Do you see that?

11       A    Yes.

12       Q    Is that your opinion or Mr. Ashcraft's

13   opinion?

14       A    Again, he wrote this but I agree with what the

15   opinion says.

16       Q    Okay.  Tenth bullet point:  A failure of the

17   refrigerator electrical system was determined to be the

18   cause of this fire.

19            Your opinion or his opinion?

20       A    Once again, he wrote that but I agree with the

21   opinion.

22       Q    Well, all right.  I understand you agree with

23   it, but particularly on this one I need to know whether

24   this is actually his opinion or if it's your opinion.

25       A    Yeah, my opinion is that a failure in the

Paul Castellano

1  electrical system, given everything we know about the

2  fire, is the cause of the fire.

3       Q    Okay.  So your opinion does include the fact

4  that this is the cause of the fire?

5       A    The cause of the fire is a failure in the wire

6  harness in the refrigerator.

7       Q    That's your opinion?

8       A    That's correct.

9       Q    Has Mr. Ashcraft engaged, as far as you know,

10  in his own independent investigation of that same issue?

11      A    No.

12      Q    He's left that to you?

13      A    He's told me that the fire has -- or he has --

14  his opinion is that the fire started in the southwest

15  corner of the kitchen at the refrigerator.  And based on

16  that I concluded that the fire -- the fire was caused

17  because of the defect in the wire harness in the

18  refrigerator.

19      Q    But that's your opinion?

20      A    That's correct.

21      Q    And he's relying upon you for that opinion?

22      A    He's not relying on me to make his assessment

23  of where the origin is.

24      Q    But he's relying on to you determine where the

25  cause is, is he not?

Paul Castellano

```
 1        A    Yes.

 2        Q    So the causal determination, the ultimate

 3   issue of cause is on you; correct?

 4        A    Yes.

 5        Q    And the point of origin is all that

 6   Mr. Ashcraft has made in this case; correct?

 7        A    Well, you said yourself that there were

 8   some -- he may opine as to the progression of the fire

 9   within the refrigerator, so there are things about the

10   point of origin that he may opine on.

11        Q    But ultimate cause --

12        A    But ultimate cause, as I stated earlier --

13        Q    -- is something that you're testifying to?

14        A    -- is a defect in the wire harness.

15        Q    And it comes from your opinion.  Okay.

16   Correct?

17        A    Yes.

18        Q    Now, Mr. Castellano, you participated in

19   inspection of the artifacts at the lab exam in March of

20   2014; right?

21        A    Uh-huh, yes.

22        Q    And the parties examined all sorts of things,

23   including the fridge?

24        A    Uh-huh.

25        Q    As well as the stove?
```

Paul Castellano

```
 1      A     Yes.

 2      Q     And the first item examined that day was the

 3    range?

 4      A     Yes.

 5      Q     And one thing that was examined with regard to

 6    the range was arcing in there.  Would you describe for

 7    me the arcing that was detected inside of the range?

 8      A     There was arcing on the conductors that fed

 9    the control knobs in the back of the range.

10      Q     Okay.  They fed the control knobs?

11      A     Yeah.  Well, I'm sorry, not the knobs but the

12    actual control for the range.  Control has electrical

13    terminals in the back of it and those conductors were

14    connected to the electrical terminals in the back of the

15    control knobs.

16      Q     So what does that wiring energize or what does

17    it activate?

18      A     Well, there's -- there's two lines in so it's

19    240-volt and it energizes two of the terminals on the

20    control knob.  And when you turn on the control knob, it

21    then allows current to pass to the heating element.

22      Q     Okay.  So you're saying that the arcing is on

23    the actual element?

24      A     No, no.  I'm saying --

25      Q     I'm sorry.  On the wiring to the element?
```

Paul Castellano

1      A    On the wiring -- there is arcing on the wiring

2   to the control -- to the line in for the control.

3      Q    Okay.  And on the top of that stovetop, there

4   is an indicator that says hot surface.

5      A    Uh-huh.

6      Q    Do you recall that?

7      A    Yes.

8      Q    And are you aware of whether or not that

9   wiring, that conductor, that arced also powers that hot

10  surface indicator?

11     A    Yes, I believe that it did have an arc bead on

12  that conductor.

13     Q    And you recall seeing that arcing --

14     A    Yes.

15     Q    -- correct?

16          And are you aware how the circuit operates

17  with the hot surface indicator?

18     A    The hot surface indicator is fed through the

19  switch to the conductor that is energized.  So I believe

20  one end of the conductor -- one end is to power and the

21  other is neutral.

22     Q    Okay.  And what would it require for an arc to

23  be on that wire?

24     A    The wire would have to have been energized by

25  or made contact with an energized conductor.

Paul Castellano

```
 1        Q    As of the time that it was attacked by fire,
 2   right, or the time that fire occurred there; right?
 3        A    Right.
 4        Q    So when it was examined forensically in the
 5   lab after the fire, the conductor was --
 6        A    Had an arc bead on it.
 7        Q    And that indicates it was energized?
 8        A    It indicates that it either made contact with
 9   something that was energized or it was energized.
10        Q    What could it have made contact with?
11        A    Another conductor that was energized.
12        Q    Do you have evidence of it making contact with
13   another conductor that was energized?
14        A    No.  I'm just simply stating that it could
15   have.
16        Q    But, otherwise, since you don't have any
17   evidence of that, the other conclusion would be that it
18   was energized at the time?
19        A    Right, those are the two possibilities.
20        Q    And that would mean, would it not, that the
21   control turning on and off the oven was on at the time
22   of the fire?
23        A    No, I wouldn't say that that definitely means
24   that it was on at the time of the fire.
25        Q    Okay.
```

Paul Castellano

1    A    Because if it made contact with another --

2 during the fire when the conductors had been damaged and

3 they're actually exposed and not protected by insulation

4 anymore, it's possible that that conductor made contact

5 with another conductor that is energized all the time,

6 such as the line in conductors.

7    Q    And do you have any evidence of that?

8    A    No.  I'm simply stating that that's a

9 possibility.  There's two possibilities.  One is that

10 that conductor was energized through the control knob.

11    Q    Okay.

12    A    The other one is that another conductor that

13 was energized in this tight space of conductors in the

14 back of the range was -- made contact with that

15 conductor and caused an arc bead.

16    Q    But you lack physical evidence to demonstrate

17 that; correct?

18    A    I do.

19    Q    If you would do me a favor, back to the fridge

20 for just a minute, if you would show me on kind of a

21 vertical plane -- actually, let me mark this first.

22         MR. HOOKS:  So I'll mark this as Defendant's

23    Exhibit No. 10.

24         (Exhibit No. 10 was marked for

25    identification.)

Paul Castellano

```
1        BY MR. HOOKS:

2        Q    If you would show me on a vertical plane kind

3   of where those arcs were.  And I'd like you to draw like

4   Xs or something to show the arc, but if you would make

5   sure that the area where the 3-1/2- and the 7-inch

6   conductors are, the power in and the neutral, if you

7   would show me those with larger Xs with circles around

8   them.

9        A    Well, the back of -- this is the control

10  panel.

11       Q    Okay.

12       A    And there is an opening on one end of the

13  control panel.  And from this vantage point I don't -- I

14  don't remember which side of the control panel it is

15  based on this orientation.  So I can --

16       Q    Is there another photo that would help you

17  more?

18       A    Yeah.

19       Q    Do you have one?  Or, I mean, I could look for

20  something.  But, I mean, if you've got one that would

21  help you better see it, I'm happy to let you grab it.

22            Before I mark it as an exhibit, would that

23  help you?

24       A    Yeah.

25            (Exhibit No. 11 was marked for
```

Paul Castellano

```
 1        identification.)

 2        BY MR. HOOKS:

 3        Q    All right.  I'm handing you what I've marked

 4   as Defendant's Exhibit 11.

 5        A    Okay.

 6        Q    Please just for the record describe what that

 7   is.

 8        A    Okay.  This is the enclosure for the control

 9   panel.

10        Q    Okay.

11        A    And it has the back cover removed.

12        Q    Okay.

13        A    So we're looking at it from the exterior

14   behind the refrigerator.

15        Q    Okay.

16        A    All right.  So that means that the --

17        Q    You can mark it on there as well.

18        A    On here?

19        Q    Yeah, if you would.  But I'd also like it on

20   Defendant's 10.

21        A    So the opening is behind the -- I'm going to

22   circle this area, but it's actually on the other side of

23   the PCB.

24        Q    Okay.

25        A    There.  There's an opening where the harness
```

Paul Castellano

```
1    is fed out of the opening --

2         Q    Okay.

3         A    -- which on this picture would correspond to

4    the lower right-hand corner, yeah, because there's that.

5    So we're talking about here.

6         Q    Okay.

7         A    Okay?  So that's where our 3-1/2-inch and

8    7-inch conductors are located.

9         Q    They're both basically right there?

10        A    Well, this is a big picture.

11        Q    Yeah, I understand.

12        A    So what else am I marking?

13        Q    Hang on.  If I gave you a zoomed-in version of

14   the back panel, would you able to sort of make a better

15   distinction between the two or are they on that PCB?

16        A    They're going to be -- I mean, the two

17   conductors are in the lower right-hand corner of the

18   PCB.  They come out of this connector.

19        Q    You're pointing at 11, okay, just above where

20   you circled.

21        A    And they're going to be fed to the back of the

22   PCB and out that opening.  So they're going to be in

23   that -- right in that area --

24        Q    Okay.

25        A    -- behind the PCB.
```

Paul Castellano

1      Q    So, in other words -- and this maybe is just

2  me as a layman.  I mean, the 3-1/2 inches between the

3  7-inch and the 3-1/2-inch, I mean, they're still going

4  to be in close proximity is what you're saying; right?

5      A    Yes, they're going to be in very close

6  proximity.

7           MR. HOOKS:  Let's take just a second for a

8           break and let me take a look at my notes real

9           quick, confer for a second.

10          (Short recess.)

11  BY MR. HOOKS:

12      Q    What protection systems are built into that

13  fridge to protect it from fires, arcs, and things like

14  that?

15      A    There are some fuses.

16      Q    Okay.

17      A    There's a fuse on the circuit board.  There's

18  actually two fuses on the circuit board.

19      Q    Okay.

20      A    And there's a fuse in line with the defrost

21  heater.  And there is a thermal overload for the door

22  switch -- or the door lamp circuit.  There's no

23  protection on the harness.  I believe that's it.

24      Q    So specifically to the area that we're talking

25  about, would it just be the general fuse that would

Paul Castellano

```
 1   work --

 2       A    The lines that I'm referring to are not

 3   protected --

 4       Q    At all?

 5       A    -- because they're the line in from the power.

 6   So, in other words, they go from the power cord and they

 7   go directly up the harness to the circuit board.

 8       Q    And there's no fuse in there?

 9       A    There's no fuse before that, no, before the

10   circuit board.  When I say "before," I mean upstream --

11       Q    Right.

12       A    -- electrically.

13       Q    And then we've already discussed the fuse in

14   the house; right?  This was a nongrounded circuit?

15       A    Yes.  It was -- where it was plugged in was

16   not grounded, that's correct.

17       Q    So the arc that you're pinpointing, describe

18   for me as best you can what distinguishes it from all

19   the other arcs in the refrigerator.  We've identified I

20   think 11 arcs.  Tell me what is so I guess special, what

21   is so definitive about the arcs where you pinpointed

22   them at 7 and 3-1/2 inches.

23       A    Well, from a -- the physical characteristics

24   of what's remaining as a result of the arc, which is the

25   beaded copper, is not -- it can't be distinguished from
```

Paul Castellano

1    the other arc beads in the refrigerator, not by those

2    methods that I talked about earlier because all arc

3    beads will have that demarcation.  The porous interior

4    of the bead is characteristic of an arc bead.  So from

5    that standpoint these are not distinguishable from those

6    other arc beads.

7         Q    Okay.  What does make it different then?

8         A    This arcing occurred on the line in and

9    neutral, which is where a significant amount of current

10   passes through the conductors.  Okay?  So, for instance,

11   the other arc beads are on the door circuit, the door

12   lamp circuit, for instance, which is a relatively low

13   current circuit.  There are -- and the other -- well,

14   and then there's the ice maker circuit, but then there

15   are several others that are lower on the refrigerator

16   that are also on the power and neutral.  So there's

17   nothing really that distinguishes this physically from

18   the other arc beads.

19        Q    How did you determine it was on the line in

20   and the neutral?

21        A    Because I have -- I looked at the schematic

22   for the circuit and the -- there's only three that are

23   not soldered to the PCB.  One of them I was able to

24   trace to the -- I believe it was part of the defrost

25   heater circuit.  And there's only two left, which is the

Paul Castellano

```
 1   line and neutral.  All of the others are accounted for

 2   on the schematic.

 3        Q    Real quick, have you got that picture of the

 4   fridge that you were marking?

 5        A    Right here, yeah.

 6        Q    So I think you marked for me the actual arc

 7   that we're pointing to --

 8        A    Uh-huh.

 9        Q    -- which you've drawn as kind of a little dot

10   or circle.

11        A    Right.

12        Q    Would you go ahead with that marker, that

13   china marker, and mark the others?  And since you've put

14   a circle there, just do Xs for all the other arcs to the

15   best you can -- not the best you can but --

16        A    So if this is our -- these are the two, the

17   3-1/2- and 7-inch --

18        Q    Right.  I agree.  The dot reflects both.

19        A    -- in that same area there were the door lamp

20   arc and the ice maker neutral arc.

21        Q    You're depicting those both within the PCB.

22   Are they both within the PCB enclosure?

23        A    I could not determine whether they were in the

24   PCB.  Based on the length of the conductors and where

25   they started from on the PCB, so, in other words, they
```

Paul Castellano

```
 1    started -- if you look at this, you've got conductors

 2    that run from the top of the PCB and you got conductors

 3    that run from the bottom of the PCB.  So those other

 4    ones ran from the top of the PCB and so they were a

 5    little longer and so they ended up in about the same

 6    place as the 7-1/2 -- or the 7- and the 3-1/2-inch

 7    conductors --

 8         Q    Okay.

 9         A    -- the arc points.  Okay?

10              Then we have the other -- so we have the other

11    arcing that occurred lower down on the refrigerator.

12    Okay?  And based on this picture, I'm going to -- I

13    don't know exactly where that is.  If we flipped to a

14    picture that showed the other side of this, we can -- I

15    could determine exactly where it was.

16         Q    Is this going to help?

17         A    Yeah, that will help.  I'm sorry.  I didn't

18    mean to --

19              (Exhibit No. 12 was marked for

20         identification.)

21    BY MR. HOOKS:

22         Q    Okay.  I'm showing you what I've marked as

23    Defendant's 12.

24         A    Okay.  This helps, but it's still hard to know

25    exactly because the arc beads occurred right at the edge
```

Paul Castellano

```
1    of where the foam insulation was.

2         Q    Would this help any more?

3         A    No.  What I'm looking for is -- so in this

4    photo the harness was routed through this insulation,

5    and at some point it came out of the insulation after it

6    was damaged by fire and at that exact point is where the

7    arc was.  Now, laterally I can't see from these photos

8    where that was and I'm looking for a photo that does

9    show me that.

10             Okay.  So it's at that point right there.  I

11   mean, it's the point where it emerges from the

12   insulation.  The harness is embedded in the insulation.

13             So the question was where is the arc?  What

14   was the original question?  I'm sorry.

15        Q    Yeah, the point was just show me on the back

16   of that fridge area where the -- you know, on a vertical

17   plane I just want to see where all these arcs are.

18        A    So looking at this, if that's the point where

19   it emerges, it's roughly right about here.  I mean, this

20   is --

21        Q    Yeah, I understand it's not to scale.

22        A    It's right around there.

23        Q    Make it an X, if you will.  I don't want to

24   confuse the record.

25        A    Yeah.
```

Paul Castellano

1      Q     Okay.  Is that all the arcs on the fridge?

2      A     There were -- let me just -- if I can look at

3   my notes that had the diagram of the arcing on it.

4      Q     Yeah.

5            MR. MORRIS:  I think it got marked as an

6         exhibit.

7            MR. HOOKS:  Yeah, it's marked.  It's right

8         here.

9            THE WITNESS:  Yes.  That encompasses all the

10        areas where there's arcing.

11   BY MR. HOOKS:

12     Q     All right.  Back to the foam insulation for

13   just a minute, you said that you had done a test on it

14   based on an exemplar that was provided to you I guess by

15   Mr. Ashcraft; right?

16     A     I believe so.  For the life of me, I can't

17   recall whether -- whether he had provided it or whether

18   I had gotten it.  I just don't recall.  I know I did

19   some testing on some insulation.  But knowing that

20   that's not my expertise, it was -- you know, I wanted to

21   see if, you know, that type of insulation was

22   combustible.  I relied on Mr. Ashcraft, who did inform

23   me that that insulation is combustible and does burn.

24     Q     But, I mean, you tested it yourself?

25     A     Yeah.

Paul Castellano

```
1        Q    And you put it up against an open flame?

2        A    Uh-huh.

3        Q    For how long?

4        A    For a few seconds.

5        Q    Well --

6        A    I mean, it wasn't a -- it was exposed to the

7   open flame and then it ignited.  I didn't measure the

8   amount of time that I had it exposed.

9        Q    And what kind of flame was it that you used?

10  Was it like a cigarette lighter?

11       A    Yes, it was like a cigarette lighter.

12       Q    And you really don't have any time frame that

13  you can give me that it took for it to ignite?

14       A    No, I really can't.  I know that it was just a

15  cursory test just to see if -- and, honestly, we can see

16  in the photos that it does burn.  But, no, I wasn't

17  trying to establish a time frame on it.

18       Q    Could you tell me if it was more or less than

19  five seconds, for instance?

20       A    It was less than five seconds.

21       Q    Can you tell me more or less than three

22  seconds?

23       A    I can't tell you.  I don't -- I wasn't paying

24  attention to the time.  It wasn't part of what I was

25  trying to do.
```

Paul Castellano

```
 1      Q     So we were talking about the range a minute
 2   ago and you said that there were two possibilities for
 3   the reason that there was an arc on the hot surface
 4   indicator light.  One of those possibilities that you
 5   said was that the range and that specific wire was
 6   energized at the time of the fire?
 7      A     Yes.
 8      Q     The other of which was that that conductor
 9   made contact with another conductor?
10      A     Uh-huh.
11      Q     Where is the other conductor?
12      A     The other conductor is one of the conductors
13   that are behind the panel, some of which are energized
14   all the time.
15      Q     Yeah.  Which one, though?
16      A     I was not able to identify which conductor.
17   The damage -- I mean, there was just nothing but
18   fragments of conductors left on that part of the circuit
19   where the indicator or the stove light was.
20      Q     But hang on.  The arc is actually on the
21   range, isn't it?
22      A     The arc?
23      Q     Yeah.
24      A     Well, the range is grounded.
25      Q     Right.  I mean --
```

Paul Castellano

```
 1      A    So it has to make a current path.

 2      Q    Right.

 3      A    So part of the current path is going to be

 4  providing ground and a conductor that is energized.

 5      Q    Okay.  And did you examine all the wire

 6  fragments?

 7      A    I did.  During the lab we all examined all of

 8  the wire fragments.

 9      Q    Right.  And did you find a conductor that was

10  touching it?

11      A    Not during the examination, no.

12      Q    Mr. Castellano, just tidying up things here,

13  on Attachment A of your report, Picture No. 4 contains a

14  view of a wire harness as it exits the electronic

15  control panel enclosure.  I want to make sure whether

16  we're --

17      A    No. 4?

18      Q    Yes, No. 4.

19      A    Yes.

20      Q    These arrows pointing in here, they're

21  obviously your annotation; right?

22      A    Yes.

23      Q    And is this either of the conductors that we

24  are dealing with today as what you're attributing as the

25  cause and origin of this fire?
```

Paul Castellano

```
1        A    These are the other side of the conductors

2    that we were looking at before.  So, in other words,

3    those are -- the segments that were connected to the PCB

4    were in those photos.  These wires are the other side.

5    They could be those too, but they may be -- this photo

6    does not show in detail because we know we have the door

7    circuit that had arcing, we've got the ice maker that

8    had arcing, and we've got the power and the neutral.  So

9    these two arrows could be referring to any one of those

10   four.

11       Q    And Photo Nos. 6 and 7 in your report are

12   conductors from the wiring harness?

13       A    Right.

14       Q    First of all, I assume that No. 7 is just a

15   zoomed-in version of the arcing that you found in No. 6?

16       A    That's -- that's correct.

17       Q    Okay.  And, again, this is the arcing on the

18   harness that's at the lowest point you've marked on that

19   fridge, right, down below --

20       A    Yes.

21       Q    -- where the insulation terminates?

22       A    Yes.

23       Q    Are you relying on any kind of like heat

24   application damage to form your opinion?

25       A    Heat application damage.
```

Paul Castellano

```
1        Q    Do you know what that --

2        A    To form my opinion, I'm -- the only heat

3   application is from the overheating of the conductor.

4        Q    Okay.  All right.  Do you know what kind of

5   material the PCB is made out of?

6        A    The PCB?

7        Q    Uh-huh.

8        A    I do not.  It's a -- I don't know the exact

9   material it is made of, no.

10       Q    Do you know the temperature at which it would

11  begin to melt or ignite?

12       A    I don't, not the PCB.

13       Q    Are these all notes that you made during the

14  lab exams?

15       A    Those in your hand?

16       Q    Yeah.

17       A    Yeah, those are my notes from the lab exam.

18       Q    And did you go back through them afterwards

19  and add to them or take away from them?

20       A    Yeah, I may have added to them, sure, as -- I

21  always after a lab exam will look over my notes and

22  determine, you know, if everything I had written down at

23  the lab exam is --

24       Q    So when would you have done that?

25       A    Typically after the lab exam and during my
```

Paul Castellano

1   assessment of the data that I collected at the lab exam.

2       Q    So it would be within some time period

3   relatively close to there?

4       A    During the investigation, sure.  I mean, it

5   doesn't have to be.  I had information in my notes.  As

6   long as it makes -- it clarifies my opinion.

7            (Exhibit No. 13 was marked for

8       identification.)

9   BY MR. HOOKS:

10      Q    I'm showing you what I've marked as

11  Defendant's Exhibit 13.  They're some of your notes

12  which starts with an examination of the microwave.

13      A    Right.

14      Q    Was it the second day of exams or was it --

15      A    Yeah, it might have been the second day.

16      Q    Right.  So is that basically just a list of

17  notes from the second day all put together?

18      A    Yeah, because then we go to 15 and 13 --

19  item -- yes.

20      Q    And did we examine anything on day two that

21  was of any import, any importance?

22      A    We -- I recall that when we got there, we took

23  some more photos of the refrigerator.  The refrigerator

24  went to the end of the first day and then it went into

25  the second day.  I believe the first thing we did was

Paul Castellano

```
 1    finish looking at some of the parts of the refrigerator.

 2        Q    Okay.  Are there any notes regarding the

 3    fridge in there?

 4        A    They're probably -- all the refrigerator notes

 5    are probably together.

 6        Q    So is there anything in that segment that was

 7    important to your opinion, formulating your opinion?

 8        A    Well, at the time they were important, but

 9    once -- as more information was provided -- actually,

10    no.  That's different.  As more information was -- came

11    to light, they did not play a role in forming my

12    opinion.

13             (Exhibit No. 14 was marked for

14        identification.)

15    BY MR. HOOKS:

16        Q    Same thing here.  This is Exhibit 14.  Is

17    there anything in there that you annotated later?  Well,

18    did you annotate anything in that one afterwards, in the

19    prior one?

20        A    Let me look through it.  In the prior one?

21        Q    Yeah.  I'm just trying to get a sense of when

22    the notes were made, if they were contemporaneous or if

23    they were afterwards.

24        A    I don't believe I added anything to this.

25        Q    How about this?
```

Paul Castellano

1      A    Hold on.  This is a diagram that -- I did not

2   draw this at the lab exam.  Probably right after the lab

3   exam I drew this diagram.

4      Q    Uh-huh.

5      A    And then, of course, this -- this is a -- this

6   is the load center panel at the scene, which I

7   documented on paper from photos that were taken at the

8   scene.

9      Q    Okay.  All right.  So that last page was the

10  load --

11     A    The second-to-last page.

12     Q    Second-to-last page is the load center.  I see

13  that.  Okay.  And then the diagram, is that on the page

14  before?

15     A    Yeah, that's the diagram of the circuit that

16  fed the kitchen.

17     Q    And you drew that right after the lab exam?

18     A    Yeah.

19     Q    Like in March?

20     A    Yes, shortly thereafter.

21     Q    And you've identified area of origin; correct?

22     A    That was added after obviously.

23     Q    Okay.

24     A    It was.  I mean, it's not --

25     Q    I just asked you if you had done anything to

Paul Castellano

```
 1    it.

 2         A    Well, I mean, as looking from -- I was looking

 3    through it while you asked me and I didn't see anything.

 4         Q    Okay.  What else is on that circuit with the

 5    fridge?

 6         A    On the circuit with the fridge, there's

 7    nothing else.

 8         Q    No.  I mean -- you mean in the house there's

 9    nothing else on the circuit?

10         A    What are you asking exactly?

11         Q    Is the fridge a dedicated circuit?

12         A    It is a dedicated circuit.  It went through

13    the bottom underneath the floor and to the fuse panel.

14         Q    All right.

15              MR. HOOKS:  Let's do this:  I'd like to have

16         Mr. Castellano's entire physical file that we've

17         now had printed and brought to us marked as sort of

18         a comprehensive exhibit and we'll assemble all

19         those materials together.

20              Do you need to make copies of these for your

21         notes?

22              THE WITNESS:  Yeah, I need copies of my notes

23         definitely.

24              MR. HOOKS:  Okay.  That's fine.

25              THE WITNESS:  Everything else is not produced
```

Paul Castellano

1      by me so I think just if I get copies of the notes,

2      that's fine.

3           MR. HOOKS:  If somebody else has something to

4      add or questions, I reserve the right to ask more

5      at the end, but I'm done for the moment.

6           MR. KING:  John, do you have any questions?

7      BY MR. OLINDE:

8      Q    I just have a couple of questions,

9  Mr. Castellano.  And hopefully everybody can hear me on

10  the phone.  You had mentioned that there was a testing

11  on a sample of foam?

12     A    Yes.

13     Q    That testing on the sample of foam that you

14  received from Mr. Ashcraft, do you still have a portion

15  of that sample?

16     A    No, I don't.

17     Q    All right.  And did you take any pictures or

18  video of actually trying to ignite that foam?

19     A    I did not.

20     Q    And one question about your opinions in this

21  case.  With respect to the report that you have provided

22  in this case, which Mr. Hooks has gone through

23  extensively with you, that report contains all of the

24  opinions that you will provide at trial; is that

25  correct?

Paul Castellano

1      A    Yes.

2      Q    And so you are not providing at trial any

3  opinions with respect to the smoke alarm that was found

4  in the McCuistian home?

5      A    That is correct.

6      Q    And you are not going to provide any opinions

7  at the time of trial with respect to the Underwriters

8  Laboratories Standard 217?

9      A    No, I'm not; that's correct.

10         MR. OLINDE:  That's it.  Thank you.

11     BY MS. LEE:

12     Q    Real quickly, when you were on the site in

13  January of 2014, was there an effort made to locate a

14  smoke detector or smoke alarm on the premises?

15     A    Not by me.  There may have been by other

16  individuals.

17     Q    Were you aware of such an effort by others?

18     A    I was focused on the other items that we were

19  discussing today and not on a smoke detector, but I do

20  not recall if there was any effort made to locate a

21  smoke detector.

22         MS. LEE:  That's everything I have.  Thank

23     you.

24     BY MR. KING:

25     Q    Just very few.  Kind of following up what

Paul Castellano

```
1    Jeannine just asked you, you weren't aware of a search.

2    Do you know who recovered the smoke alarm?

3         A    No, I do not.

4         Q    So do you know anything about the recovery of

5    the smoke alarm?

6         A    I do not.

7         Q    Now, it is your opinion that this was an

8    ignition from the arc, arcing?

9         A    Correct.

10        Q    There's no ohmic component?  Do you understand

11   when I'm using that term?

12        A    Ohmic component?  What are you referring to

13   exactly?

14        Q    Like any type of gradual heating issue that

15   arose from poor connections, thermal overload on the

16   lines?

17        A    Well, what I did indicate was that the wire

18   harness was overloaded due to fractures in the segments.

19        Q    And --

20        A    And that heat generated from that led to what

21   we talked about today, which is the arcing.

22        Q    Right.  But the heat itself did not, in your

23   opinion, get to a point it actually caused the ignition?

24        A    Right, that's correct.  The heat from the

25   conductor did not cause ignition.
```

1      Q     And the arc, the arcing that in your opinion

2    caused the ignition created an immediate flaming fire?

3      A     The arc would have in my opinion most likely

4    have occurred repetitively to the point where it

5    eventually led to the fire, the ignition.

6      Q     Over what kind of time frame?

7      A     I would say it would have been over a

8    relatively short time frame.  I can't speculate as far

9    as the exact time frame.

10      Q     You don't have any opinion about the time

11    frame, just that it was relatively short?

12      A     About the time frame that it became a flaming

13    fire?  I don't have an opinion on that.

14      Q     And it's your understanding that the thermal

15    insulation was cyclopentane or some type of material

16    similar to that?

17      A     Cyclopentane I believe is a blowing agent and

18    so that is what I recall.  I'm not -- I don't claim to

19    be an expert on the insulation itself and how it reacts

20    to heat and, you know -- all I know is that I did do a

21    flame test on it and it ignited.

22      Q     And ignited relatively quickly?

23      A     As I told Mr. Hooks earlier, he asked if it

24    was less than three seconds, I couldn't tell you if it

25    was less than three seconds.

Paul Castellano

```
1        Q    But did you say you thought it was less than

2   five seconds?

3        A    Yes, that's correct.

4        Q    The fuels that the arcing ignited and caused

5   the combustion were the PVC insulation?

6        A    The PVC insulation.

7        Q    That would have been the initial ignition?

8        A    Yes.

9        Q    Not any type of polyurethane?

10       A    The PVC insulation.

11       Q    And the only fuels actually in the vicinity

12  would have been the PVC insulation and the cyclopentane

13  or this thermal insulation?

14       A    Yes, thermal insulation.

15       Q    So, again, no polyurethane?

16       A    Not to my knowledge, no.

17            MR. KING:  Let me look real quick.  I think

18       that's all the questions I got.

19  BY MR. KING:

20       Q    When you did the ignition test, can you just

21  describe what type of ignition it was?  In other words,

22  it took five seconds.  Was it --

23       A    It was an open flame applied to the sample and

24  the sample began to combust.

25       Q    With an open flame?
```

Paul Castellano

```
1        A    Yeah.

2        Q    Was there any period of melting or smoldering

3    prior to the sample combusting?

4        A    I don't recall a period of smoldering, no.

5             MR. KING:  That's all the questions I have.

6    Thank you.

7    BY MR. HOOKS:

8        Q    A couple more.  When you said you did a flame

9    test, are you referring to a test that would be

10   standardized such as by ASTM?

11       A    No.

12       Q    So what do you mean?

13       A    I applied an open flame to the insulation.

14       Q    Okay.  So there was no standardized --

15       A    It was not a standardized test, no.

16       Q    Okay.  At the beginning of this deposition,

17   you had mentioned as a reference NFPA 921.  What exactly

18   is NFPA 921?

19       A    It's basically the guide for a fire

20   investigator to investigate a fire.

21       Q    And did you attempt to comply with 921 in

22   doing this investigation?

23       A    What I used NFPA 921 for is basically the

24   description of the methodology or, so to speak, the

25   scientific method and the electrical section.  So those
```

Paul Castellano

```
 1   were -- that's what I use.  I don't get into any other

 2   parts of it that talk about fire patterns and the other

 3   parts of the document.

 4        Q    So did you use NFPA 921 in the sense that you

 5   tried to follow a scientific method here?

 6        A    Yes.

 7        Q    And would that include an effort to rule out

 8   or attempt to rule out possible hypotheses that you

 9   started with?

10        A    Yes.

11        Q    Okay.  And would it include scientific method

12   to the extent you tried to avoid confirmation bias?

13        A    Confirmation bias, yes, I did.

14        Q    You know what confirmation bias is?

15        A    Yes, yes.

16        Q    What is it?

17        A    Well, confirmation bias is that you're going

18   down a path of what you think is the cause and so all of

19   your thoughts are progressing towards that path.

20        Q    So, you know, in this case, did this case

21   present you with more than one hypothetical possibility

22   or hypothesis in terms of how this fire could have

23   started?

24        A    Well, it did in the beginning, but as the area

25   of origin was confined to the southwest corner of the
```

```
 1    kitchen, I was left with what are my hypotheses in that

 2    area.  So I examined the -- of course, we examined the

 3    power for the refrigerator, the other components of the

 4    refrigerator such as the compressor and other items, as

 5    well as things like the door, the door circuit for the

 6    lamp.  There were several different hypotheses that I

 7    looked at and several of them did not -- you know, I

 8    ruled out all of those other ones.

 9         Q    But, again, once Mr. Ashcraft made the

10    decision that this originated in the southwest corner,

11    your use of the scientific method limited you -- not

12    your use of the scientific method.  You limited yourself

13    to examining only potential causes in that corner of the

14    room; correct?

15         A    Well, that's right, because he limited the

16    area of origin to the corner of the room.  So I'm

17    relying on his expertise to tell me where the origin of

18    the fire is and I'm --

19         Q    So within the context of that corner of the

20    room, what testing did you use to prove or disprove your

21    hypotheses?

22         A    The testing that I used was to -- the

23    different hypotheses included, for instance, the door

24    circuit, the door lamp circuit.  I investigated the

25    circuit to the extent that I looked at it to see how it
```

Paul Castellano

```
 1    was possible that that could have caused an ignition.

 2    And so I understood the door circuit and how it works so

 3    that I could determine whether or not that was a

 4    possible ignition source.  Based on what I found, I

 5    realized that it wasn't.

 6            So I looked at -- I looked at other components

 7    that were part of the refrigerator, the components in

 8    the upper portion where the ice maker was, the heater

 9    sheathing, and did not find any of those components to

10    be viable ignition sources.  And so what I was left with

11    was the competent ignition sources that were part of the

12    wire harness.

13            (Exhibit No. 15 was marked for

14            identification.)

15    BY MR. HOOKS:

16    Q    I'm showing you what I've marked as

17    Defendant's Exhibit 15.  This is an article you

18    referenced --

19    A    Yes.

20    Q    -- about a pilot light.  And it's entitled

21    "The Pilot Light Falsehood."  So tell me what this

22    article is.

23    A    This is an article that I read.  It was

24    written by another expert.  And he has an opinion on how

25    a pilot light for a range in particular could mistakenly
```

Paul Castellano

```
 1    be analyzed because it has a -- if it has a copper bead
 2    on it and mistakenly lead someone into believing that
 3    the range was on because of the copper bead on the pilot
 4    light conductor.
 5         Q    Okay.
 6         A    And that's this person's opinion.
 7         Q    Right.  But you said earlier that this was an
 8    opinion that you didn't consider in the sense of this
 9    case, but that you said that it's an opinion with which
10    you agree in this case?
11         A    Well, I agree to the extent that conductors
12    can make contact during a fire, especially if they're
13    confined in a closed space.
14         Q    Okay.
15         A    And it can lead to arcing on conductors that
16    you would not normally see or would not have been
17    energized prior to the fire.
18         Q    And so you looked into this specifically, of
19    course, because of the range and the arc there or was
20    there some other reason that you looked at this?
21         A    Well, there was more than just the range.
22    There was also -- there's actual -- actually there's
23    arcing on the harness that I believe occurred as a
24    result of this very phenomenon I'm talking about and
25    that they were energized by the other conductors,
```

Paul Castellano

1   because in the refrigerator the line and neutral are

2   power for the refrigerator so the other circuits had to

3   have been de-energized at the time.  So I believe they

4   were energized by the severed conductors.  And some of

5   the other arcing that we see was a result of that.

6        Q    Okay.  When you said earlier that this is an

7   article that contains an opinion with which you agree

8   for this case, were you saying that in terms of the

9   range or in terms of the fridge?

10       A    I didn't say for this case.  I said that I

11  agree with it to the extent that conductors can make

12  contact during a fire and cause arcing as a result on a

13  conductor that's not energized.

14       Q    Okay.

15       A    And that's the extent of my agreement with

16  this article.

17       Q    And would that opinion in any way affect your

18  opinion about the range in this case?

19       A    Well, my opinion is there about the range.  I

20  mean, it's that we have -- and we talked about this

21  earlier, there's two possibilities.

22       Q    Right.

23       A    So it is in line with that.

24       Q    All right.  Is there any part of your opinion

25  about this case that I have failed to ask you about?

Paul Castellano

```
1        A     I don't believe so.  I think we've covered it.

2        Q     You think we fully fleshed out all of your

3    opinions?

4        A     As they pertain to this case, I do believe so.

5        Q     As they pertain to this case.

6        A     Yes.

7              MR. HOOKS:  All right.  No further questions.

8              Oh, wait, wait, wait.  So I have pulled out

9        two things, housekeeping.  I have pulled out the

10       photo, which is what you gave me originally, and

11       "The Pilot Light Falsehood."  As far as I know,

12       everything else that you gave me, except for your

13       notes, is as it was brought to me.

14             THE WITNESS:  Yeah.

15             MR. HOOKS:  So I'd like to make this, along

16       with your notes, a comprehensive exhibit if that's

17       all right.

18             THE WITNESS:  Okay.

19             (Exhibit No. 16 was marked for

20       identification.)

21             MR. HOOKS:  Number two, Joey, for the sake of

22       eliminating as much paperwork as we can in this

23       case, my plan is with your consent, with everybody

24       else's consent, to receive the exhibits that we

25       have today and take them with me to Dothan tomorrow
```

Paul Castellano

```
 1        for Mr. Ashcraft's deposition.  There probably

 2        won't be a lot of overlap, but there may be a few.

 3        That way we don't have to introduce competing

 4        exhibit numbers.

 5             Everybody okay with that?

 6             MR. MORRIS:  I'm good with that.

 7             MS. LEE:  That's fine.

 8             (Witness excused.)

 9             (Whereupon the deposition adjourned at 2:02

10        p.m.  Reading and signing of the deposition was not

11        waived.)

12                            - - -

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Paul Castellano

```
 1    CERTIFICATE OF OATH

 2    STATE OF FLORIDA        )

 3    COUNTY OF HILLSBOROUGH )

 4

 5        I, the undersigned authority, certify that PAUL

 6    CASTELLANO personally appeared before me and was duly

 7    sworn the 21st day of March, 2016.

 8        Witness my hand and official seal this 2nd day of

 9    April, 2016.

10

11                        KIMBERLY A. OVERWISE, FPR, CRR

                          Notary Public No. FF160203

12                        State of Florida at Large

                          My Commission Expires: 9/16/2018

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Paul Castellano

```
 1                    DEPOSITION CERTIFICATE

 2

 3        I, KIMBERLY A. OVERWISE, a Florida Professional

 4   Reporter and Certified Realtime Reporter, do hereby

 5   certify that I was authorized to and did

 6   stenographically report the foregoing deposition of PAUL

 7   CASTELLANO; that a review of the transcript was not

 8   waived; and that the transcript is a true record of the

 9   testimony given by the witness.

10        I further certify that I am not a relative,

11   employee, attorney, or counsel connected with the action

12   and nor am I financially interested in the action.

13        Dated this 2nd day of April, 2016.

14

15

16        _____

                    KIMBERLY A. OVERWISE, FPR, CRR

17

18

19

20

21

22

23

24

25
```

Paul Castellano

```
 1                  -  -  -  -  -  -

                  E  R  R  A  T  A

 2                  -  -  -  -  -  -

 3

 4    PAGE   LINE   CHANGE

 5    ____   ____   _____

 6         REASON:   _____

 7    ____   ____   _____

 8         REASON:   _____

 9    ____   ____   _____

10         REASON:   _____

11    ____   ____   _____

12         REASON:   _____

13    ____   ____   _____

14         REASON:   _____

15    ____   ____   _____

16         REASON:   _____

17    ____   ____   _____

18         REASON:   _____

19    ____   ____   _____

20         REASON:   _____

21    ____   ____   _____

22         REASON:   _____

23    ____   ____   _____

24         REASON:   _____

25
```

Paul Castellano

```
 1

 2            ACKNOWLEDGMENT OF DEPONENT

 3

 4            I,_____, do

 5   hereby certify that I have read the

 6   foregoing pages, and that the same is

 7   a correct transcription of the answers

 8   given by me to the questions therein

 9   propounded, except for the corrections or

10   changes in form or substance, if any,

11   noted in the attached Errata Sheet.

12

13

14   _____

15   PAUL CASTELLANO                    DATE

16

17

18   Subscribed and sworn

     to before me this

19   _____ day of _____, 20_____.

20   My commission expires:_____

21

     _____

22   Notary Public

23

24

25
```