IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD WARREN McCUISTIAN, as Administrator for the Estate of ANNE McCUISTIAN, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS U.S.A., INC., BRK BRANDS, INC.; SEARS ROEBUCK & CO.; UNDERWRITERS LABORATORIES INC., PITTWAY CORPORATION; AND HONEYWELL INTERNATIONAL, INC. <br><br> Defendants. | CIVIL ACTION NO. <br> 1:15-cv-00279-JA-GMB <br><br><br> JURY DEMAND |

**JOINT APPENDIX OF EXHIBITS TO BRK BRANDS, INC.'S MOTION TO EXCLUDE OR LIMIT THE TESTIMONY OF PLAINTIFF'S EXPERT B. DON RUSSELL AND SECOND MOTION FOR SUMMARY JUDGMENT**

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Diagram showing alleged location of smoke alarm in McCuistian residence |
| B | Excerpts from the February 9, 2015 Deposition of Loyd McCuistian |
| C | Excerpts from the December 18, 2015 Deposition of Loyd McCuistian |
| D | Excerpts from the December 18, 2015 Deposition of Gary LaRue |
| E | Excerpts from the July 13, 2016 Deposition of Alfredo Paredes |
| F | Alabama Department of Forensic Sciences Autopsy Report |
| G | Alabama Department of Forensic Sciences Toxicological Analysis Report |
| H | August 3, 2015 Preliminary Report of B. Don Russell |
| I | March 10, 2016 Supplemental Report of B. Don Russell |
| J | Excerpts from NIST Technical Note 1455-1 |

| EXHIBIT | DESCRIPTION |
|---|---|
| K | NCEES Principles and Practice Engineering Examination: Fire Protection Exam Specifications, October 2012 |
| L | Excerpts from the April 5, 2016 Deposition of B. Don Russell |
| M | Excerpts from the Trial Transcript in Hosford v. BRK Brands, Inc., Circuit Court of Conecuh County, Alabama, Civil Action No. CV-2011-900059 |
| N | Excerpts from Detector Sensitivity and Siting Requirements for Dwellings, Phase Two (Dunes II) |
| O | Report of Alabama Fire Marshall |
| P | May 20, 2016 Report of Lori Streit |
| Q | Excerpts from the June 22, 2016 Deposition of Thomas Fabian |
| R | Excerpts from the May 24, 2016 Deposition of Mike Shriver |
| S | May 20, 2016 Report of Stephen Olenick |
| T | Excerpts from the July 7, 2016 Deposition of Stephen Olenick |
| U | CV of B. Don Russell |
| V | 4903 Testing Series |
| W | 4607 Testing Series |
| X | May 19, 2016 Report of Pamela J. Sims |